E-FILED
Tuesday, 22 August, 2017  10:44:20 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Barry Johnson )
)
**Plaintiff** )
)
vs. )
)
Andrew Tilden )
)
Mary Grennan )
)
_____ )
)
_____ )
)
_____ )
)
**Defendant(s)** )

**Case No.** _17-1380_

*(The case number will be assigned by the clerk)*

SCANNED at PCC and E-Mailed
8/21/17 (date) by KK (initials)
53 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Americans with disabilities act 2008

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Berry Johnson

Prison Identification Number: B 33367

Current address: Pontiac CC, 700 Lincoln street, P.O. Box 99, Pontiac, Illinois 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Andrew Tilden

Current Job Title: MD and Medical ████████ Director

Current Work Address: Pontiac CC, 700 Lincoln street, P.O. Box 99, Pontiac, Illinois 61764

Defendant #2:

Full Name: Mary Grennan

Current Job Title: Health Care Unit Administrator

Current Work Address: Stateville CC - exact address is unknown to me

Defendant #3:

Full Name: WEXFORD HEALTH SOURCES, INC

Current Job Title: VENDER FOR ILL Dept of CORR

2

Current Work Address _700 W. Lincoln St/ 205 Greatru_ _Commons_

_Pontiac, IL 61764_                           _Pittsburgh, PA_

                                                                    _15220_

Defendant #4:

Full Name: _Micheal Melvin_

Current Job Title: _Chief administrative officer / Warden_

Current Work Address _700 W. Lincoln St. P.O. Bx 99_

_Pontiac, IL 61764_

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No  ☒

If yes, please describe _____ _N/A_ _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No  ☒

C.  If your answer to B is yes, how many? _N/A_  Describe the lawsuit(s) below.



1. Name of Case, Court and Docket Number _____ N/A _____

2. Basic claim made _____ N/A _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____ N/A _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

        Yes ☒  No ☐

If your answer is no, explain why not _____ N/A _____

C. Is the grievance process completed?  Yes ☒  No ☐

Please see pages attached as 4a-c, "Exhuastion of Administrative Remedies."

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____ Pontiac CC, cont. on Page 5 _____

4

## Exhaustion of Administrative Remedies

1. On or about April 15th, April 20th, April 30th, May 5th, May 15th and May 18th, 2016, Plaintiff filed a serious of grievances all related to the facts which led to the amputation of half of plaintiff's left foot.

2. The Pontiac Grievance Officer, R. Simpson, responded to all those grievances in one response. (See Exhibit A, Grievance Officer Report, Date of Review July 23, 2016) The Chief Administrative Officer Concurred with the grievance officer's findings on July 27, 2016 and Plaintiff signed indicating that he wish to appeal to the director via the Administrative Review Board ("ARB") on August 8, 2017.

3. On or about August 9, 2017, Plaintiff sent the grievance, a request for payment and a cover letter to the prison's Law Library and requested one copy of the grievance.

4. After about a week to 10 days Plaintiff wrote a letter to Ms. Potts, the Law Library Supervisor, and inquired about the whereabouts of his grievance. Plaintiff received a

response from a ~~an~~ inmate Law clerk,
Joe Sherrod, who stated the Law Library
his no record of having received your
grievance.

5. On or about february 8, 2017,
Plaintiff received the grievance, no copy
of it and no request for payment form
from the Law library.

6. Plaintiff waited until he
was able to personally take the grievance
to the Law library on february 28, 2017, and
get it copied. On that same day Plaintiff
sent the grievance with a affidavit
explaining the late request for appeal
to the ARB. (See Exhibit B, Affidavit
of Barry Johnson to ARB, p. 1-4)

7. On or about April 12, 2017,
Plaintiff wrote a letter to the ARB and
asked them if he had any appeals
pending in their office. (See Exhibit C,
letter to ARB date April 12, 2017, p. 1-5)

8. As of todays date (August 7,
2017) I have not received any
correspondance from the ARB relating
to the late Appeal to their office nor
have Plaintiff received a response
to his request for the status of
any appeals.

9. Plaintiff Complied with all the rules and regulations pretaining to the Illinois Department of Corrections Exhaustion of Admynistrative remedies. The 6 months that the grievance officer's report was lost in the library was beyond plaintiff Control. Plaintiff has now Exhausted the remedies that were available to him under the circumstances.

10. Also, worth mentioning, about two weeks ago inmate Law clerk, Joe Sherrod N13582, told me that he remembered finding my grievance in the clerk's drawer and sending it back to me. Plaintiff ask Sherrod to give him a affidavit to that affect. Sherrod refused but stated if he was called to testify that he would tell the truth.

4c

Date(s) of the occurrence   Between January 23 and April 8, 2017.

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

**I.**

Dr. Andrew Tilden acted with deliberate indifference to the infection (gangrene) Plaintiff developed in his left feet, which caused Plaintiff to have half of his foot amputated.

11. I am a 75 year old diabatic. Dr. Tilden has been aware that I am a diabatic for several years because he or someone working under his direct supervisor and in his present has often written the prescriptions for my diabatic medications.

12. On or about January 17, 2016, I mistakenly cut the big toe on my left foot. Over the next several days the bleeding was profuse and would not stop.

13. On or about January 23, 2016, I was seen by Dr. Tilden in the prison's Health Care Unit ("HCU") for severe back Pain. At that time I took off my shoe and

5

sock and showed Dr. Tilden the condition of my toe. I told Dr. Tilden how I cut it and how it has continued to bleed for several days.

14. Dr. Tilden Responded by stating the purpose of Plaintiff's HCU visit was his back pain. Dr. Tilden gave Plaintiff a direct order (which under prison rules Plaintiff is required to follow or face disciplinary action) to put his sock and shoe back on. Dr. Tilden refused to hear anything about Plaintiff's toe and denied Plaintiff any medical treatment for his toe at that time.

15. On or about January 28, 2016, Plaintiff was seen by Dr. Tilden a second time for his back pain. Again Plaintiff pulled off his shoe and sock and showed Dr. Tilden the condition of his toe. By this time Plaintiff's toe had turned black and had a noticeable smell to it. Again Dr. Tilden told Plaintiff to put back on his sock and shoe and leave the hospital. Dr. Tilden did not gave Plaintiff any medical attention to Plaintiff's Toe.

16. In february 2016, Plaintiff

6

was seen by Dr. Tilden a third time for his back pain. Plaintiff showed Dr. Tilden his black, bloody foul smelling toe. Dr. Tilden briefly looked at Plaintiff's toe and said, "It looks like some infection may be setting in." Dr. Tilden give Plaintiff some Bacitracin usp and some bandages.

17. On March 4, 2016, I was seen by Dr. Tilden in the prison HCU about the condition of my toe. Dr. Tilden had Plaintiff sent to Saint Joseph's Hospital in Bloomington, Illinois. Plaintiff was admitted into the hospital. The medical staff at Saint Joseph wanted to give Plaintiff some emergency medical treatment for the condition of his toe. Dr. Tilden and Mary Grennan, as the plaintiff's primary care providers, refused to authorize the treatment and order Saint Joseph hospital to release plaintiff from their custody and return him to the prison immediately. Plaintiff was released the next day, March 5, 2016, and returned to the prison.

18. On March 9, 2016, Plaintiff was seen by Dr. Tilden about his big toe. When Dr. Tilden removed the bandage the stench saturated the whole room. Dr. Tilden immediately had Plaintiff sent back to St. Joseph Hospital.

7

19. On March 10, 2017, at St. Joseph hospital Plaintiff was given a angiograph to increase the blood flow to his foot.

20. On March 11, 2016, the big toe was amputated. On March 16, 2016, the toe next to the big toe was amputated. On March 28 or 29, the remaining toes were amputated.

21. The amputation of Plaintiff's toes individual and collectively were so painful that he wanted to die. The doctors and nurse at St. Joseph said that if they give Plaintiff anymore pain medication that it would kill him. The amount of pain medication that was given to me was not enough to relieve my pain and suffering. Plaintiff was in so much pain he wanted to die. Plaintiff wanted to die.

22. Plaintiff was hospitalized at St Joseph's for approximately 28 days. Plaintiff was returned to the Pontiac CC on or about April 8, 2017.

8

## II

Dr. Tilden (on behalf of his employer Wexford Health Sources) and Mary Grennan (on behalf of her employer the Illinois Department of Corrections) ~~maintained~~ maintains a policy of not sending inmates to outside Hospitals for serious Medical need until their Condition because an emergency.

23. Plaintiff incorporates paragraphs 1 thru 22 as though fully setforth herein word for word, sentence by sentence and ~~sentence~~ paragraph by paragraph.

24. Dr. Tilden, as the Medical Director of the PCC and Mary Grennan, as the Health Care Unit Administrator of the PCC, maintains a policy of not sending inmates to outside hospitals for serious Medical needs until their condition because an emergency.

25. Said policy was the moving force behind Dr. Tilden's refusal to send Plaintiff to an outside hospital until his condition became an emergency.

26. Said policy was the moving force behind Dr. Tilden's and Mary Grennan's

9

refusal to authorize the medical staff of St. Joseph's hospital to give plaintiff the medical treatment that they wanted to give him on March 4, 2016.

27. Had Dr. Tilden and/or Mary Grennan authorized the medical staff of St. Joseph's hospital to give plaintiff the medical treatment that they wanted to give him on March 4 and 5, 2016 it may have saved all or some of his toes.

## Relief Request

Compensatory Damages in the amount of $100,000.00 each defendant.

Punitive Damages in the amount of $1,000,000.00 from each defendant.

Jury Demand: No

Signed this 31 day of August, 2017.

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

I, Berry Johnson, declare under penalty of perjury that the foregoing is true and correct.

x Berry Johnson

x Berry Johnson
Berry Johnson
B33367
Pontiac CC
P.O. Box 99
Pontiac, IL 61764

<u>Exhibit A</u>

1   Grievance officer's Report date
July 23, 2016, one page

2   Letter to Administrative Review bd  June 12, 2017

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** June 10, 2016     **Date of Review:** July 23, 2016     **Grievance #** (optional): 064833

**Offender:** Johnson, Barry                                          **ID#:** B33367

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Offender grieves medical treatment by facility HCU.

The HCU Administrator's response, dated 7/14/16, the grievance dated 5/18/16 was read and the applicable medical record was reviewed.

I am responding to your grievance as indicated above;

The patient has been monitored closely due to poor compliance with his diabetes. Currently he has dressing changes daily scheduled for 1 month since 7/1/16. Since March 3, 2016 the patient has 24 documented refusals of insulin, 3 documented refusals of dressing changes. The patient was housed in the infirmary from 4/05/16 to 5/13/16 due to L infected toe and then L toe amputation.

2/18/16 - seen by MD for infected toe. Consultation ordered for wound care

3/03/16 - seen for f/u by MD for toe

3/04/16 - sent to St. Joseph's for toe

3/05/16 - seen by RN for return from St. Joe's

3/06/16 - seen MD for furlough f/u

3/08/16 - seen RN for dressing change

3/09/16 - seen MD for dressing change and assessment and sent to ER and admitted to the hospital. L big toe amputated.

4/05/16 - returned from St. Joseph's Hospital and admitted to Pontiac CC infirmary until discharge on 5/13/16

5/18/16 - seen MD for f/u L toe amputation

5/24/16 - seen by MD for f/u L toe amputation

Medical concerns are to be directed to the cell house CMT who will evaluate the offender or refer if appropriate. Alternatively, the offender may

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on the response of facility HCU Administrator to the issue. Any other judgement upon the issue that when returned for cause would have no practical effect upon the existing controversy.

S. Simpson
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 07/27/16     ☒ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                                          07/27/16
Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

MR. Berry Johnson                    B33361                    Aug f, 2016
Offender's Signature                      ID#                          Date

MR. BERRY Johnson
B33367, Box 99
PONTIAC, Il 61764
June 12, 2017

TO: Administrive REVIEW BOARD, P.O. Box 19277

Springfield, Il 62794-9277

This letter, and Affidavite, is being written

to the ARB, to ascertain if I HAVE ANy

outstanding grievances pending, PERtaining to

the DeliBerate Indifference, to the Amputation

of Five TOES (5) on my left foot, including part

of my left, that also was amputated.

Secondarily, I am trying very diligently,

doggedly, RELENTLESSly, as well as Tenaciously,

to determine, if There ARE ony grievances, that

Have not Been Adjudicated, pertaining to

the medical DeliBerate Indifference to the

gangrene and the Amputation of the 5 TOES on my left foot, in Jan, Feb. and March of 2016?

I do HAVE the HARD copy of, July 23, 2016 #064833. I Also HAVE the HARD copy of, February 24, 2017, # 065484.

Please acknowledge Reciept of this letter as expeditiously as possible.

06/12/17

Barry Johnson

OFFICIAL SEAL
AMBER L. POTTS
Notary Public - State of Illinois
My Commission Expires 11/18/2019

## Exhibit B

Affidavit of Berry Johnson to
Administrative Review Board date
February 28, 2017, pages 1 - 4

Affidavit       April 18, 2017

Affidavit       April 11, 2017        1 page

Affidavit       April 4, 2017

Affidavit       Aug. 8, 2016         2 pages

Affidavit       May 23, 2016

Affidavit       Jan 13, 2015         2 pgs

   "       "    Jan 5, 2015         2 pages

Main Room § Hard Copy of me

Seeking Legal Help. June 21, 2017  1 page

Narrative    notarized         9 pgs
                    6-12-17

STATE OF ILLINOIS    )
                     )  ss
COUNTY OF LIVINGSTON )

1 of 4
PAGES

## AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

ON MONDAY, AUGUST 8, 2016, I MAILED TO THE PONTIAC CORRECTIONAL CENTER'S LAW LIBRARY, MY GRIEVANCE # 064833, IN WHICH WAS SIGNED BY C/O MS. S. SIMPSON, WHOM IS OUR GRIEVANCE OFFICER.

ACCORDINGLY, MR. MICHEAL MELVIN, WHOM IS THE WARDEN SIGNED HIS NAME TO THE AFOREMENTIONED GRIEVANCE ON (July 29, 2016, # 064833).

Furthermore, I Signed the "OFFENDER'S APPEAL TO THE DIRECTOR" ON AUGUST 8, 2016.

MOREOVER, I folded the GRIEVANCE

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant





STATE OF ILLINOIS )
                  )  ss
COUNTY OF Livingston )

## AFFIDAVIT

I, Barry Johnson , do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.

And attached A P/96 money voucher for

Payment, (4.10 TEN CENTS) I then Put the

grievance and the P/96 money voucher INTO

An Envelope, and then I Put the grievanc,

P/96, and Envelope In my Cell Bars,

SDC 852. To Be Picked up By the Gallery

Correctional officer, on the 3PM-11Pm work

shifts.

     The Instructions that I wrote on A sheet of

Paper, were as follows. Please make ONE copy

of my grievance# 064833, and mail Them

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief.  I do declare and affirm that the matter at
hand is not taken either frivolously or maliciously and that I believe the
foregoing matter is taken in good faith.

                    Signed on this _____ day of _____, 201_.

                    _____
                    Affiant

STATE OF ILLINOIS )
COUNTY OF Livingston ) ss

3

3 of 4  

### AFFIDAVIT

I, Glenn Johnson , do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.
Back to me.

After one week had passed, I went to the Law Library and Enquired as to the whereabouts of my grievance. (# 064833)

The Law Clerks unequivocally stated, that they did not Remember Recieving my grievance. (# 064833)

Nevertheless, on Wednesday, Dec. 8, 2011, I Recieved the Aforementioned grievance, # 064833 in my mail, in the East Cell House Protective Custody Unit.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant

STATE OF ILLINOIS          )
                           )    ss
COUNTY OF LIVINGSTON       )

4

4 of 4 pages

## AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

MOREOVER, I CANNOT Explain why my GRIEVANCE, # 064833, WAS MYSTERIOUSLY LOST, FOR OVER SiX months.

I Humbly Apologize to the DIRECTOR, AS Well AS the AdmiNISTRATIVE REVIEW Board, FOR SomeThing, IN which I did NOT HAVE ANy CONTROL OVER.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 28 day of FEB , 2017.

Berry Johnson
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

Exhibit C

letter from Berry Johnson to
Administrative Review Board dated
April 12, 2017, p. 1-5

MR. BERRY Johnson
B 33367, Box 99
PONTIAC, IL 61764
APRIL 12, 2017

To: Administrative Review Board

This Letter and Affidavit, is Being Sent

to you, to Ascertain, if I HAVE anymore

grievance's, IN which HAVE not Been

Adjudicated, By your office.

Moreover, I HAVE Been trying very

earnestly, diligently, and meticulously to

Exhaust All of my Administrative Remedies,

so that I may move forward, IN the

grievance process.

Please Send to ME, a comprehensive

Listing of my grievances, IN which your

PAGE 2

OFFICE HAS, THAT HAVE NOT BEEN COMPLETED,
OR RULED ON, AS OF APRIL 18, 2019.

## NARRATIVE

ON WEDNESDAY, MARCH 9, 2016, I WAS ADMITTED
INTO, ST. JOSEPH MEDICAL CENTER, LOCATED IN
Bloomington, Illinois.  I WAS AN EMERGENCY
ADMITTANCE, BECAUSE OF A PHYSICAL AILMENT,
ON, WHICH RESULTED IN ME TO HAVING SEVERAL
LIFE-THREATENING SURGICAL PROCEDURES.

ACCORDINGLY, I WAS HOSPITALIZED AT
ST. JOSEPH'S, FROM, MARCH 9, 2016, UNTIL APRIL 8, 2016,
OR
28 days.  UPON MY DISCHARGED FROM
ST. JOE'S, I WAS RETURNED TO THE PONTIAC
CORRECTIONAL CENTER, ON APRIL 8, 2016.

pg 3



I WAS RETURNED TO the PONTIAC INFIRMARY ON APRIL 8, 2016, AND I STAYED IN the ENFIRMARY, FROM, APRIL 8, 2016, UNTIL MAY 13, 2016, THEN I WAS RETURNED TO the SOUTH PROTECTIVE Custody CELLHOUSE. my TOTAL HOSPITAL CONFINEMENT, WAS 67 days.

Furthermore, BECAUSE of the MULTIPLE SURGERIES, That I Had during the month of MARCH, IN 2016, I Had TO TAKE VARIOUS PAIN MEDICATIONS, TO Help Reduce my discomfort.

Therefore, From the month of MARCH, 2016, UNTIL September of 2016, the opiates IN which I CONSUMED, SUPPRESSED my ability TO WRITE GRIEVANCES, AND TO Follow-up on my SUCCESSIVE

PAGE 4

POST-CONVICTION PETITION.

Consequently, the potent opiates, Had me
in a continuous slow-motion, And a confused state.
Additionally, during the 67 days, in which
I was Hospitalized, I did Not know where my
personal and legal property was stored.
                        Following
Indubitably, the follow, is a partial list
of my missing Items.         748
                              Et cetera
Grievances from January 2016, Feb 2nd, and march 2016.

Legal papers            Thermal pants

Personal Letters        Thermal shirts

Photographs             Running shorts

Court Transcripts       Clothes

Writing pens            Peanut Butter
              Benny
              Johnson    Et cetera

STATE OF ILLINOIS )
) ss
COUNTY OF Livingston )

MR Berry Johnson
B 33369, Box99
Pontiac, IL 61764

## AFFIDAVIT

I, Berry Johnson , do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.

TO: Administrative Review Board Springfield, IL.

This Affidavit is Being written to support

My fair(s) page letter, to the A.R.B, so that

I can exhaust all of my grievance's, so

that I can move forward, in the grisvany

process.

I made a short list, of my personal

and Legal Lost or stolen property.

Have all of my grievance's Been Adjudicated

By the A.R.B, as of April 18, 2017 ?

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief. I do declare and affirm that the matter at
hand is not taken either frivolously or maliciously and that I believe the
foregoing matter is taken in good faith.

Signed on this 18 day of April , 201 7

Berry Johnson
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

STATE OF ILLINOIS )
)
COUNTY OF )

Livingston

MR. Berry Johnson
B33369, Box 99
Pontiac, IL 61764
April 11, 2017

**AFFIDAVIT**

I Berry Johnson _____ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

TO: Administrative Review Board, Springfield, IL

I am trying, very deliberately, diligently and meticulously, to exhaust all of my Administrative Remedies, so that I my move forward in the grievance process.

Moreover, attached to this affidavit, is a list of five grievances, in which are not printed (results) on the copy of the grievance officer report, in which was stamped, 3-8-17, by your office. Please locate the (5) five missing grievance report. Thank you for your understanding.

*Attached: Affidavit — Dated 5/23/16 Pertaining to Numerous Missing Grievances.*

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 11 day of April _____ 2017

Berry Johnson
_____
**Affiant**

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020