STATE OF ILLINOIS )
)
COUNTY OF )

Livingston

*Mr. Berry Johnson*
*B33367, Box 99*
*Pontiac, Il 61764*

E-FILED
Tuesday, 22 August, 2017 10:44:21 AM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT

I Berry Johnson _____ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

TO: Administrative Review Board, Springfield, Il 62794 9277

PLEASE send to me, the RESULTS of my 4 page Affidavits, pertaining to my Lost Grievance # 064833, In which Was Signed by clo Simpson, Whom is the Grievence officer of the Pontiac CORRECTIONAL Center.

I mailed the 4 page Grievance, on Feb. 28, 2017. Did your office Recieve the aforementioned Grievance? STATUS INQUIRY.

PLEASE acKNOWLedge this Affidavit.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 4 day of April _____ 2017

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

Berry Johnson _____
Affiant

STATE OF ILLINOIS )
)  ss
COUNTY OF LIVINGSTON

1 A

## AFFIDAVIT

I, BOBBY Johnson do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

THESE ARE ALL names OF the CORRECTIONAL OFFICERS AND the NURSES, Plus DR. DAvd Kew TILDEN, M.D., Whom WITNESSED SEEing my Bloody LEFT TOE, AT the PONTIAC HEALTH CARE UNIT, IN JANUARY, FEBRUARY, AND MARCH, OF 2016.           NURSE JUDE

CIO SNydER ·  CIO CULLMANN
                            NURSE STEPHANIE
CIO BAPTIST      CIO WICKER
                            NURSE LOLA
SGT. ALLAN      LT. SKEW
                            NURSE BRAiN
CIO CONNERLY    LT. SHABdON
                            NURSE WILLIAMSON

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109; I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant

2A

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF Livingson    )

## AFFIDAVIT

I, Bobby Johnson do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

NURSE Tharry - NURSE Trahmer Sti Nodine Mary Ellen, whom is the Health Care unit administrator, And Ms. Staley, whom was the Director of Nursing.

All of the aforementioned Health Care professionow knew indubitably, That I am an insulin dependant diabetic. Nevertheless, I was afflicud with the life threatening Gangrine, disease.

Nurse Amada - Nurse Powell

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _8_ day of _Aug_, 2016

_Berry Johnson_
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

STATE OF ILLINOIS          )
                           )  ss
COUNTY OF Livingston       )

### AFFIDAVIT

I, Barry Johnson _____, do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.

This Affidavit is Being Written, to
Vehemently Protest, the mysdification,
and the disapprsence of, my numerous
Emergency Grievences, In which were
Filed In January, Feouraory, March,
And April of 2016. Over 12 million
Emergency Grigivences, To Warden,
Ms. Zun Bsia Psiea, whom has
Now Retired. 4-30-16

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief.  I do declare and affirm that the matter at
hand is not taken either frivoulously or maliciously and that I believe the
foregoing matter is taken in good faith.

Signed on this 23 day of MD , 2016

_____
Affiant

05/23/16

OFFICIAL SEAL
AMBER L. POTTS
Notary Public - State of Illinois
My Commission Expires 11/18/2019

STATE OF ILLINOIS )
                  ) ss
COUNTY OF LIVINGSTON )

MR. Berry Johnson
B33367. Box 99
Pontiac, IL 61764
Jan. 7, 2015

## AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

This Affidavit is being written pertaining to Noncompliance to the grievance procedure, by the grievance committee, here at the Pontiac Correctional Center.

Accordingly, in accordance with I.D.O.C. Department Rule, Section 504.830, "Grievances", the grievance committee, has sixty days, (60) to reply to inmate grievances. When will I get a Reply?

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 13 day of JAN, 2015

Affiant

RECEIVED

JAN 21 2015

ADMINISTRATIVE
REVIEW BOARD

JARK G. SPENCER
OFICIAL SEAL
Notary Public - State
My Commission

STATE OF ILLINOIS )
) ss
COUNTY OF LIVINGSTON )

Mr. Berry Johnson
B 33367, Box 99
Pontiac, Il 61764
January 7, 2015

### AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

Moreover, attached to this affidavit is a copy of my grievance, dated, Sept. 24, 2014 pertaining to my monetary pay increase.

Furthermore, the aforementioned grievance, was signed by Mr. DeMuth, whom is a clinical services counselor.

Additionally, the grievance was mailed to the A.R.C. grievance committee, on, Sept. 24, 2014. What are the results?

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 13 day of JAN , 2015

Berry Johnson
Affiant

**RECEIVED**

JAN 21 2015

ADMINISTRATIVE
REVIEW BOARD

MARK D. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires

2

STATE OF ILLINOIS )
COUNTY OF )
LIVINGSTON )

BERRY Johnson
B33367, Box 99
PONTIAC, IL 61764
JANUARY 2, 2015

**AFFIDAVIT**

I, Berry Johnson, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

This Affidavit is Being WRITTEN, TO the
I.D.O.C. Administrative Review Board, AT,
P.O. Box 19277, Springfield, IL 62794-9277.
Furthermore, I would please Like TO Know,
the Results, Outcome, And, OR Ruling, ON
my Grievance, dated, June 6, 2014, In which
was Signed By MS. Sandra Boeckman,
Whom is a Clinical Services Counselor,
Here at the Pontiac Correctional Center.
Moreover, the Grievance was Copied

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this ___5___ day of __January__ 2015

_____
Affiant

Dated 1/5/15

OFFICIAL SEAL
JENNIFER JOBSON
Notary Public, State of Illinois
My Commission Expires 08/28/2016

**RECEIVED**

JAN 13 2015

ADMINISTRATIVE
REVIEW BOARD

1

BERRY Johnson
B 33367, BOX 99
PONTIAC, IL 61764
JANuary 2, 2015

STATE OF ILLINOIS )
                  ) ss
COUNTY OF LIVINGSTON )

### AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

And mailed TO the BRIEVONCE Committee, Here at the PONGIOC Correctional CENTER, on, MONday, June 16, 2014.

   Additionally, I HAVE WRITTEN numerous letters, TO the BRIEVANCE Committee, Here at this P.C.C. But, TO NO Avail.

   Copies of the BRIEVONCE are Attached TO this 2 (TWO) page affidavits Plese acknowledge Receipt of this affidavit

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and Affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____ , 2015

_____
Affiant

Date 1/5/15

OFFICIAL SEAL
JENNIFER HOBSON
Notary Public, State of Illinois
My Commission Expires 08/22/2015

**RECEIVED**

JAN 1 3 2015

ADMINISTRATIVE
REVIEW BOARD

2

| | | |
|---|---|---|
| ATTY GENERAL- PA | 1/14/16- | |
| LOEVY & LOEVY | 2/18/16-8/1/16- | 8/31/16- |
| DARON GALLOWAY, ATTY | 5/19/16- | |
| JONATHON BACKMON, ATTY | 5/19/16- | 5/27/16- |
| DELANEY LAW | 5/20/16(ret'd)-6/3/16-<br>6/10/16-6/13/16- | |
| PAVICH LAW GROUP | 5/20/16-10/3/16- | |
| KEDZIE LAW OFFICE | 5/20/16- | |
| MCNABOLA LAW GROUP | 5/20/16-10/3/16- | |
| CLIFFORD LAW/PAMELA MENAKER | 5/24/16- | |
| LIVINGSTON CO CIRC CT | 5/24/16- | |
| ALLAN ACKERMAN, ATTY | 5/31/16-6/7/16-3/13/17- | 6/6/16-6/15/16-3/17/17- |
| JENNIFER BLAGG, ATTY | 6/7/16- | |
| HEYL ROYSTER | 6/10/16- | |
| HINSHAW & CULBERTSON | 6/10/16- | |
| COX & ASSOC | 6/10/16- | |
| DAVID BABB, ATTY | 6/10/16- | 6/14/16- |
| SORLING - NORTHRUP | 6/10/16- | |
| KAVANAGH, GRUMLY & GORBOLD | 6/10/16- | |
| CASSIAN-CARVER | 6/10/16- | |
| COLLETTE BAILEY, ATTY | 6/10/16(ret'd/deceased)- | |
| ERICKSON & OPPENHEIMER/JARED KOSOGLAD | 6/24/16-8/3/16-8/9/16-<br>9/26/16-9/28/16- | 7/27/16-10/13/16- |
| SPESIA & AYERS | 8/1/16- | 8/25/16- |
| OLDFIELD & FOX | 8/1/16(ret'd)- | |
| WYLDER, CORWIN & KELLY | 8/1/16- | |
| ROMANUCCIO & BLANDIN | 10/11/16(ret'd)- | |
| SHEA LAW GROUP | 10/14/16- | |
| ROBERT PHILLIPS & ASSOC | 10/14/16- | |
| BARNES & THORNBURG | 10/19/16- | |

END OF CARD

NARRATIVE

WEDNESDAY
OCT. 12, 2016  1830
Berry Johnson    #
B33817

JANUARY, 2016: ON SUNDAY JANUARY 17, 2016,

1. I INADVERTENTLY CUT THE BIANT TOE, ON MY LEFT FOOT.

2. I IMMEDIATELY WASHED THE BLEEDING TOE, AND I THEN PUT A BANDAGE OVER THE BLEEDING WOUND.

3. AFTER THREE DAYS, THE WOUND WOULD NOT STOP BLEEDING.

1-23-16

4. ON MY SUBSEQUENT VISITS TO THE HEALTH CARE UNIT, PERTAINING TO MY PAINFUL BACK, I PULLED OFF MY SHOE AND BLOODY SOCK, TO SHOW TO DR. TILDEN, M.D., THAT MY BIG TOE WOULD NOT STOP BLEEDING.

5. DR. TILDEN, CONVEYED TO ME, THAT, I WAS AT

and not my PROFUSELY Bleeding TOE.    &

6.   I was told By DR. ANDREW TILDEN, M.D.,

to put my Bloody Sock and Shoe ON, And

leave.   He recognized my GANGRENE!

1-28

7.   JANUARY, 2016: ON my NEXT visit to the

Health care unit, I AGAIN, pulled off my shoe

And showed my Bloody Sock And Bloody Big TOE,

DOCT

CIO Cullmann Stated, that I was there about

my Back, And not my TOE. I was told to

leave. (Back: LUMBAR SPINAL STENOSIS)

8.   FEBRUARY, 2016: ON my NEXT visit, I AGAIN,

took off my shoe and Bloody Sock. DR. TILDEN,

then gave me some "BACITRACIN" USP, As well as

some Bandages. He did ~~~ look at my

Bleeding TOE, But did nothing medically to

9. ON ONE PARTICULAR SUNday, at the H.C.U,
C/O WICKER and LIEUTENANT MR. SKeens, told
me TO LEAVE the HEALTH CARE UNIT, BECAuse
I was there for my BACK, and not my TOE DRS

10. MARCH 2016: ON FRIday, MARCH 4, 2016, I was
TAKEN to St. Jo SAINT JOSEPH'S HOSPITAL. IN
Bloomington, IL, and admitted ON FRIday 3-4-16,
BUT discharged ON SAturday, MARCH 5, 2016

11. MARCH 9, 2016: WEDnesday, I was at the
HEALTH CARE UNIT, FOR A BANDAGE change, ON the
bionT TOE, of my LeFT FOOT.

12. The STENCH FROM the INFECTIOUS, MALIGNANT
GANGRENE, permeated the HEALTH CARE unit
Sto SGT. TRACEY Nadine, NURSE Dude, C/O Syner 2
and DR. TILDEN and NURSE TRACEY was PRESENT.

12. DR. Tilden made AN Emergency, TELEPHONE CALL Lord

Lieutenant SHORDEY Said, At At That I SHORDEN

was going on AN Emergency Medical writ,

And That I could not RETURN to the CellHouse.

13. C/O Joe Lewis and C/O Colwell, Escorted

me, To, OSF HEALTH Care, St, JOSEPH Medical

CENTER, 2200 EAST WASHINGTON St., Bloomington,

IL, 61701 -4364 - (309) 662-3311

14. The EmERGENCY Room DOCTOR AcKNOWLedged, that

I was INFECTED with the VENOMOUS And

MALIGNANT GANGRENE MORTIFICATION.

I could DIE!

15. I was HOSPITALIZED! (Friday, 3-4-16)

16. I was dischARged, UNEXPECTEDly, ON

SATURDAY, MARCH 5, 2016. GANGRENE PREVALENT!

17. I WAS RETURNED TO the PONTIAC CORRECTIONAL, ON

Saturday, MARCH 5, 2016. (3PM)

18. ON Sunday, MARCH 6, 2016, I WENT TO the

HEALTH CARE CENTER (AM) FOR A WOUND DRESSING

Change. DR. ANDREW TILDEN WAS PRESENT, and SEEN.

AS WELL AS Smelled the GANGRENOUS INFECTION.

19. ON TUESDAY, MARCH 8, 2016, I WAS ESCORTED ON

A MEDICAL WRIT, PERTAINING TO the LUMBAR

SPINAL STENOSIS. (St. JAMES, IN PONTIAC)

20. ON WEDNESDAY, MARCH 9, 2016, I WAS AT the

HEALTH CARE UNIT FOR A WOUND DRESSING change,

WHEN the BANDAGE WAS REMOVED FROM my LEFT BIG

TOE, the STENCH "SATURATED", the HEALTH CARE

UNIT. DR. ANDREW TILDEN, M.D., WAS PRESENT.

21. Dr. Andrew Tilden, M.D., made some telephone calls, and I was told, that I would be returning to Saint Joseph's Medical Center, In Bloomington, IL. (Lt. Sharclan)

22. Why was I discharged from St. Joe's, on Saturday, March 5, 2016. I had gangrene there!

23. On Thursday, March 10, 2016, an angiography preformed on my left leg, to open an artery, for better blood flow.

24. On Friday, March 11, 2016, I had the Lions Toe, on my left foot amputated. Very painful!

25. The pain was exceedingly agonizing, and excruciating. I wanted to die!

26. On Wednesday, March 16, 2016. I had the toe, Next to the amputated Lions toe, amputated.

27. The Pain was HUMANELY UNBEARABLE, BEARABLE, INSUFFERABLE And INTOLERABLE.

28. I WANTED TO die!

29. AFTER the TWO TOE AMPUTATIONS, gangrene WAS OVERWhelmingly Rampant, And Widespread.

30. I WANTED TO die!

31. The VASCular SURgeon, WANTED TO AMPUTATE my Left Leg, ABOVE the KNEE.

32. NEVERtheless, DR. Todd L. SMOLEYINK, DPM, Said, that HE Could SAVE my Leg, if HE Could AMPUTATE my LAST THREE TOES, ON my LEFT Foot.

33. The PAIN WAS NEFARIOUS, deleTERIOUS, AS WELL AS EgRegious.

34. I WANTED TO die!

4

38. ON MARCH, 28TH OR 29TH 2016; DR. TODD C. SNODGRINK, H DPM. AMPUTATED the LAST THREE TOES. ON my left's foot. IN ORDER TO TO STAVE OFF. the AMPUTATION of my LEFT leg, ABOVE the KNEE.

39. AFTER the SURGICAL ANAESTHESIA HAD WORN OFF, IN the PM, I BUZZED FOR the NURSE. I REQUESTED TO HAD (HAVE) SOME PAIN MEDICATION. The NURSE INJECTED for me with OXYCOTIN.

40. FIFTEEN minutes Later, the pain RETURNED.

41. I BUZZED FOR the NURSE again. She came INTO my HOSPITAL ROOM AND ASKED me what I WANTED. I EXPLAINED TO the NURSE, that I needed ANOTHER INJECTION of pain medication. The NURSE STATED EMPHATICALLY, that if I RECIEVED ANY MORE pain medication, BEFORE TWO HOURS of my LAST INJECTION,

I

that I would overdose and die.

42. I begged the nurse for another injection of pain medication, because the pain was insurmountable, immeasurable, and limitless

43. I wanted to die, because I could not with stand the pain, for another two hours.

44. I prayed, and prayed, and cried.

45. Dr. Andrew Tilden, m.D., and his employer, Wexford Health Sources, Inc, 425 Holiday Dr., (412) 937-8590 Suiten Phase Two, Pittsburgh, Pennsylvania 15220. are culpable, blameworthy, And indictable for deliberate indifference, to my very serious medical needs.

5

46. OSF Health Care, St. Joseph Medical Center, 2200 East Washington St., (309) 662-3311 Bloomington, IL 61704-4364, OSF also Bloomersburg.

47 CORRECTIONAL AND HEALTH care unit WITNESSES

DR. ANDREW TILDEN, M.D, MEDICAL DIRECTOR

NURSE BRIAN       NURSE Gensley       C/O Cullmonn

NURSE holo        NURSE Kashill       Li. Allen

NURSE Farmer      MARY Ellen = HCVA   C/O Coles

NURSE Stephenie   Mc.Schey = DON      C/O Cool

NURSE Jude        NURSE Georgia       C/O Bennett

NURSE Nancy       Lt. Shandon         C/O Richmond

NURSE Amalo       Lt. Robinson        Sgt Dixon

NURSE Powell      C/O Cooley          C/O Umbrso

NURSE Williamson  C/O Beptist         C/O Ivy

NURSE Stacey      C/O Newark          C/O Snyder

## GANGRENE

1. MORTIFICATION OF A PART OF the Body CAUSED BY INTERFERENCE with the Local NUTRITION.

2. MORTIFICATION = GANGRENE NECROSIS ESP MORTIFICATION OF Bodily TISSUE AS FROM A Loss of Blood SUPPLY - BURNING Ect.

3. MALIGNANT = TENDING OR THREATING TO PRODUCE DEATH.

4. VIRULENS = CHARACTERIZED By RAPID COURSE AND MALIGANCY - OF DISEASE, INFECTION, Ect.

6

5. MOLPRACTICE / MOLPROCTIONER

TREATMENT of a CASE By SURGEON OR

PHYSICIAN IN A MATTER CONTRARY

TO ACCEPTED RULES AND With

INJURIOUS RESULTS TO the POTIENT.

NEGLIGENCE = BOILURE TO EXCERCISE

the CORE that the CIRCUMSTANCES

JUSTLY DEMAND.

6. NECROSIS = DEATH of TISSUE, AS FROM

LOSS OF BLOOD SUPPLY, BURNING ECT.

Berry Johnson

OFFICIAL SEAL
AMY B. WYKES
Notary Public - State of Illinois
My Commission Expires 11/18/2019

Amy B. Wykes

MR. BERRY Johnson
B33367, Box 99
PONTIAL, IL 61764
JUNE 12, 2017

TO: Administrive Review Board, P.O. Box 19277

Springfield, IL 62794-9277

This Letter and Affidavit is being written

to the A.R.B, to ascertain if I Have Any

outstanding grievances pending, pertaining to

the Deliberate Indifference to the Amputation

of five toes (5) on my left foot, including part

of my left foot that also was amputated,

Secondarily, I am trying very diligently

doggedly, Relentlessly, as well as Tenaciously,

to determine if There are any grievances that

Have Not Been Adjudicated, pertaining to

the medical Deliberate Indifference to the

gangrene and the Amputation of the 8. TOES

on my left foot, in Jan, Feb. and March of 2016?

I do HAVE the HARD copy of, July 23, 2016

#064833. I also HAVE the HARD copy of,

February 24, 2017, # 065484.

Please acknowledge Reciept of this letter

as Expeditiously as possible.

06/12/17                              Barry Johnson

OFFICIAL SEAL
AMBER L. POTTS
Notary Public - State of Illinois
My Commission Expires  11/18/2019

STATE OF ILLINOIS )
)
COUNTY OF )

Livingston

Mr. Berry Johnson
B33367, Box 99
Pontiac, IL 61764
August 17, 2017

**AFFIDAVIT**

I Berry Johnson do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

This affidavit is Being written, To Clarify my

Exact age. I was Born on May 18, 1943- 5-18-43

POWER of ATTORNEY: my Daughter

1 Ms. Roxanne Denise Johnson - 4-28-76

2 Dr. Bernard A. Johnson, D.D.S. my loving Brother

3 Ms. Tracey Chow Johnson, Niece

4 Ms. Gerri Ann Johnson Niece

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 21 day of Aug 2017

Berry Johnson

Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020