E-FILED
Tuesday, 22 August, 2017  10:46:53 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### CASE OPENING NOTICE TO PRO SE LITIGANTS

This notice includes important information concerning the initial stages of your lawsuit.  The Court has received your complaint.   After your filing fee status is determined, the Court will review your complaint to identify claims and defendants and to dismiss any legally insufficient claims. *See* 28 U.S.C. §1915A.  The Court will conduct this review within the next 30 to 45 days.  The Court will then inform you of the findings in a Merit Review Order.   No other action will be taken in your case during this time.  Therefore, you do not need to submit any evidence, argument, motions or documents.   If you do not receive a Merit Review Order within 60 days of filing your complaint, you may file a motion requesting the status of your case.  The Court will not consider a status motion at any time prior to the 60 day deadline.

If you have filed a motion for appointment of counsel, it will not be considered until the Court has identified the claims and Defendants in your complaint.  In addition, any motion for appointment of counsel must include evidence of your own efforts to find counsel such as a list of attorneys contacted and copies of letters sent or received.  *See Pruitt v. Mote,* 503 F.3d 647, 654-55 (7th Cir. 2007)

Once your motion to proceed *in forma pauperis* is granted and the merit review is complete, the Court will then send a Notice of Lawsuit and Waiver of Service Form to each of your Defendants.  This will be the first time the Defendants will be informed of your lawsuit.  The Defendants will then have 60 days to file an answer to your complaint.  When the Defendants have filed answers, the Court will enter a Scheduling Order containing important information on deadlines, discovery, and procedures.

Pursuant to Local Rule 16.3(B)(3), all requests for file-stamped copies of documents must be accompanied by a stamped, self-addressed envelope and an extra copy of the document to be filed stamped and returned. The Clerk cannot photocopy documents for you unless the copy fee is submitted in advance.

Each plaintiff must notify the court, in writing of any change of address.  Failure to notify the court of a change in your address could result in the dismissal of your case.

| Peoria Division | Urbana Division | Springfield Division | Rock Island Division |
|---|---|---|---|
| 100 N.E. Monroe St. | 201 S. Vine St. | 600 E. Monroe St. | 211 19th St. |
| Room 309 | Room 218 | Room 151 | Room 203 |
| Peoria, IL 61602 | Urbana, IL 61802 | Springfield, IL 62701 | Rock Island, IL 61201 |
| 309.671.7117 | 217.373.5830 | 217.492.4020 | 309.793.5778 |