United States District Court
Central District of Illinois

Berry Johnson
B33367
Plaintiff

vs

Andrew Tilden, et al.,
Defendants

Case # 1:17-CV-01380-SEM-TSH

SCANNED at PCC and E-mailed
11/13/17 (date) by KK (initials)
7 (# of pages)

Motion for 30 day Extension, for filing Amended Complaint, in two cases, 17-CV-1379, and 17-CV-01380-SEM-TSH. from, November 30, 2017, until, December 30, 2017.

Plaintiff prays, that the Honorable court would please be benevolent, and grant

Plaintiff's 30 day extension, because of Plaintiff's deteriorating health.

Reasonings for 30 day extension:

1. Plaintiff is an insulin dependent diabetic.
2. For the past several months, plaintiff's daily blood/sugar levels have been exceedingly high. Acc-u-check over 200 twice per day. Goal: 120-130
3. High blood/sugar levels, has resulted into plaintiff having blurred eye vision, and sometimes plaintiff has sporadic blindness, and migraine headaches.
4. Plaintiff, because of diabetes, also suffers with cataracts in both eyes.

5. <u>CATARACTS</u>: Cloudiness of the lens of the eye, obstructing vision.

6. Plaintiff has written numerous letters to Defendant, Dr. Andrew Tilden, M.D., but to no avail.

7. Plaintiff filed an emergency grievance, to, Mr. Michael Melvin, whom is the Warden, pertaining to the deliberate indifference of my very serious medical needs. (November 6, 2017)

8. A copy of the grievance is attached.

9. Plaintiff, because of diabetes, also suffers with excruciating diabetic foot pain, from nerve endings.

10. Plaintiff also has kidney problems.

11. The Sever uncontrollable pain in my feet is overwhelmingly painful, harrowing and torturous.

12. <u>Shining Health: A Wellness magazine</u> from OSF Healthcare. Winter, 2017. A publication of OSF Healthcare, 800 NE Glen Oak Ave, Peoria, Illinois

Page 4 <u>Diabetic Foot Ulcers:</u>

OSF Wound Care Clinic (309) 661-6230
1701 E. College Ave., Bloomington, IL

"Even more alarming, people with an amputation have a 50 percent mortality rate within five years."

Nov. 6, 2017    Respectfully,
B33367
Mr. Berry Johnson

**URGENT!**

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** Nov 6, 2017
**Offender (Please Print):** Berry Johnson
**ID#:** B33367
**Present Facility:** Pontiac Corr. Ctr.
**Facility where grievance issue occurred:** P.C.C.

**NATURE OF GRIEVANCE:** Diabetes/Insulin

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): No Enough Insulin Why?
- [ ] Disciplinary Report: ___/___/___

**Summary of Grievance:**

I need an increase in the number of units of insulin, in which I inject on a daily basis. Forthwith! Berry Johnson

I currently inject 20 units of insulin, in the...

**Relief Requested:** Dr. Tilden, M.D. Please increase my daily insulin injection, so that I may better control my diabetes.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** Berry Johnson  **D#:** B33367  **Date:** 11/6/17

Copied 11/6/17 @ PCC CC

## Counselor's Response (if applicable)

**Date Received:** ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:**

## EMERGENCY REVIEW

**Date Received:** 11/7/17

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** [signature]  **Date:** 11/7/17

cop 2 11/13/17 CC

Distribution: Master File; Offender   Page 1   DOC 0046 (8/2012)

NOT ENOUGH INSULIN!
URGENT!

Mr. Berry Johnson #2
B33387, Nov. 6, 2017
URGENT!

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

AM, and 10 units in the PM. Total = 30 units/day

Dr. Andrew Tilden, M.D., please consider increasing my total insulin units, because my daily accu-check numbers are at times, overwhelmingly exceeds over 200. (Too High!)

Goal - Accu-checks 6 and under

90=5  120=6 ✓  150=7  180=8  210=9  240=10  270=11

| Day | Time | Accu-check | Units | Nurse |
|---|---|---|---|---|
| Sat. 11-4-17 | 0530 HGS / 1100 HGS | 140 Hi / 252 Hi | 20 / 10 | Cora / Tracey |
| Fri. 11-3-17 | 0545 HGS / 1645 " | 145 Hi / 239 Hi | 20 / 10 | Karen B / Cora |
| Thurs. 11-2-17 | 0520 / 1630 | 170 Hi / 259 Hi | 20 / 10 | Tinsley / Loren |
| Wed. 11-1-17 | 0520 HGS / 1645 HGS | 256 Hi / 230 Hi | 20 / 10 | Tinsley / Brian |
| Tues. 10/31/17 | 0515 HGS / 1615 HGS | 146 Hi / 181 Hi | 20 / 10 | Tinsley / Brian |
| Mon. 10/30/17 | 0545 HGS / 1615 HGS | 208 Hi / 147 Hi | 20 / 10 | Karen / Loren |
| Sun. 10/29/17 | 0545 HGS / 1530 HGS | 129 Hi / 321 Hi | 20 / 10 | Karen / Loren |

Goal = 120    NOT ENOUGH INSULIN! Why?

Reply: Please increase my daily insulin intake, so that I may better control my diabetes.    Mr. Berry Johnson 1-6-17

Kregor, Kathryn

**From:** ECF_Returns@ilcd.uscourts.gov
**Sent:** Wednesday, November 01, 2017 4:13 PM
**To:** ECF_Notices@ilcd.uscourts.gov
**Subject:** [External] Activity in Case 1:17-cv-01380-SEM-TSH Johnson v. Tilden et al Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

# CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 11/1/2017 at 4:13 PM CDT and filed on 11/1/2017
**Case Name:** Johnson v. Tilden et al
**Case Number:** 1:17-cv-01380-SEM-TSH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER: Plaintiff's other pending case about similar issues, case 17-cv-1379, has been consolidated into this case. By November 30, 2017, Plaintiff is directed to file an amended complaint containing all claims against all Defendants. The amended complaint will completely replace the original complaints filed in both cases. If Plaintiff does not file an amended complaint, then the Court will conduct a merit review on the original complaint filed in this case. Entered by Judge Sue E. Myerscough on 11/1/2017. (GL, ilcd)**

1:17-cv-01380-SEM-TSH Notice has been electronically mailed to:

1:17-cv-01380-SEM-TSH Notice has been delivered by other means to:

Barry Johnson
B33367    E207
PONTIAC
CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

1