United States District Court
Central District of Illinois

| Berry Johnson | |
| --- | --- |
| B33361 | Case # |
| Plaintiff | |
| vs | 1:17-CV-01380 SEM-TSH |
| Dr. Andrew Tilden, M.D. | |
| et al., | |
| Defendants | |

SCANNED at PCC and E-Mailed
11.28.17 (date) by __ (initials)
7 (# of pages)

## MOTION

For Medical Help, from the Honorable United States District Court.

1. Plaintiff cannot concentrate on legal research, on his own 1983 civil rights complaint, because of bleeding open wound, on the Big toe, on my Right foot.

2. Defendants refuses to treat.

8

EMERGENCY!!  Mr. Berry Johnson
B 33369, RPC 207
November 20, 2017

Hello Dr. Tilden, M.D.,

I have an unusual contusion and discoloration on the anterior of the 2ion: toe, on my right foot. I need to please see you, PRESTBASE! EMERGENCY!!

Moreover, this is not the time for delay in treatment. This is not the time for hurry-scurry. Saving the toe is exceedingly critical, essential as well as imperative.

P.S.
In 2016, I had
Six toes

Respectfully,
Mr Berry Johnson

OFFICIAL SEAL
AMBER L. POTTS
Notary Public - State of Illinois
My Commission Expires 11/18/2019

Emergency!!! (margin, repeated)

Painful Giant Toe, Right Foot.
Mr. Berry Johnson
B33367, Box 99
Pontiac, IL 61764
Nov. 27, 2017

## EMERGENCY!

On Friday, November 17, 2017, while I was examining my feet, on the Giant Toe, of my Right Foot, I noticed a Contusion/Bruise, in which had a strong discoloration.

I then placed, "Bacitracin, USP," a First Aid Antibiotic Ointment to the Bruised Area. Yes! The Giant Toe is Exceedingly Painful and Sore.

In the year of 2016, I had all five Toes on my Left Foot Amputated, Because

1

of deliberate indifference, to my very serious medical needs, by, Dr. Tilden, M.D.

Accordingly, I wrote a letter to Dr. Andrew Tilden, and I was subsequently seen by Dr. Tilden, on Wednesday, (am) November 22, 2017. Dr. Tilden had nurse Brady (Jessed) dress my painful toe. I was told not to walk on my feet.

Furthermore, I was instructed, to return to the Health Care unit, on Sunday, November 26, 2017.

Sunday, November 26, 2017, NO Dressing Change. Open Bleeding wound, on the Bigtoe of my Right foot. I did not go to the HCU.

Painful Giant Toe, Right Foot

The wound on the giant toe, of my right foot, is oozing and exuding putrid blood and puss.

I am fearful that, I will have my giant toe, of my right foot amputated. Because of the denial and delay in treatment, of my very serious medical needs.

Why was I not scheduled, for a wound dressing change, on Sunday, November 26, 2017?

Barry Johnson
B33367
Nov. 29, 2017

Monday, November 27, 2017

I was seen by Ms. Cheryln Hansen, whom is a Nurse Practioner. Nurse Hansen examined my ~~infected~~ Bioni TPS, But, did not change the wound dressing.

I have requested a transfer, to the Dixon Correctional Center, for better medical treatment.

I am in need of help and assistance from the Honorable United States District Court.

Mr. Benny Johnson
B33367
9pm - Monday
Nov. 27, 2017

CC: United States
District Court

EMERGENCY!
EXHIBIT

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**MEDICAL REQUEST**
Pontiac Correctional Center

NAME: Berry Johnson   NUMBER: B33367   DATE: 11-27-17
(Print clearly)

Cellhouse: EPC   Cell #: 207

I wish to be seen for the following health problem and understand I will be required to sign a $5.00 medical co-payment for requested health services. *(Please mark the ONE that best describes your problem and circle any symptoms which you are experiencing:)*

- ☐ Allergies - itching, watery eyes
- ☐ Back Pain
- ☐ Bowel Problems - can't go, diarrhea, hemorrhoids
- ☐ Cold - stuffy nose, cough, chest congestion
- ☐ Dental Problem - toothache, lost filling, dentures, cavity
- ☐ Earache - ear stopped up, can't hear
- ☐ Eye Doctor - eye pain, injury, need glasses
- ☐ Headache
- ☐ Joint Pain - knee, ankle, elbow
- ☐ Renew medication: _____
- ☐ Skin Problems - rash, pimples, boil
- ☐ Stomach Pain - throwing up, sick to stomach
- ☒ Other: OPEN BLEEDING WOUND ON MY GIANT TOE, RIGHT FOOT & ALSO NEED A DRESSING CHANGE.

I am attending flesh eating fleeshingealit, that my giant toe, or as my right foot will be amputated.

Submission of this request will result in the scheduling of a routine visit and should not be used for urgent situations which should be directed to the cellhouse CMT or Nurse.
DO NOT WRITE BELOW THIS LINE - FOR HEALTH SERVICES STAFF ONLY

Date Request Received: _____   Date Scheduled: _____

Request Received by: _____
(Print Name and Title)

Request Reviewed by: _____
(Print Name and Title)

Date Seen: _____

Seen by: _____
(Print Name and Title)

PON 0111 (Rev. 9/2016)

Printed on Recycled Paper

E