Mr. Berry Johnson
B33369, EPC207
December 26 2017

# COVER SHEET

## AMENDED PETITION

Consolidation of Two Case Numbers.

1. 1: 17-CV-01379        mmm

  And

2. 1: 17-CV-01380        SEM-TSH

PART #1 - "2 iont TOE, Right Foot- whter Nov.2017

PART #2    2nd TOE, Right Foot- Amputated Nov.2016

PART #3    5 TOES, Left Foot Amputated-MAR.2016

SCANNED ct PCC und E-Mailed
01.04.18 (date) by [initials] (initials)
108 (# of pages)

(# of pages)
(date)
(initials)
SCANNED ct PCC und E-Mailed

# Amended Petition

1. Plaintiff Has a court ordered deadline, of, Friday, January 5, 2018.

2. Plaintiff's Scheduled prison law library Day, is on Mondays, Between, 0830 Hours and 1000 Hours, ($8:^{30}$am – $10:^{30}$am) NO law lib 12-25-17 – 1-1-18

3. Plaintiff does not want to Be late, In filing His amended petition.

4. Plaintiff must make arrangement for Someone from the prison law library to to Pick-up my legal documents, In person.

5. Plaintiff does not Trust, mailing these documents, in the prison mail, going to the law library, to Be E-filed.

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

BERRY Johnson B33357
_____
Plaintiff

vs.

Andrew Tilden, ET Al

MARY GRENIVON
_____
_____
_____
_____

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:17-CV-01379 MMM

Case No. _____
*(The case number will be assigned by the clerk)*

1:17-CV-01380 Sem- TSH

CONSolidaTion

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

AMended          **COMPLAINT***          CONSolidation

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑ Other federal law: AMEricans With DiSabiliTies act 2008

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: BERRY Johnson

Prison Identification Number: B33369

Current address: PONTIAC CORRECTIONAL CENTER-MAX UNIT
P.O. Box 99, PONTIAC, ILLINOIS 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: ANDREW TILDEN, M.D.

Current Job Title: MEDICAL DIRECTOR, Employed By WEXFORD

Current Work Address 700 W. LINCOLN ST, ON-SITE
PONTIAC, ILLINOIS 61764

Defendant #2:

Full Name: MARY GRENNVEN-HEALTH Care Administrator

Current Job Title: HEALTH Care UNIT Administrator

Current Work Address EXACT Address UNKNOWN TO ME.

Defendant #3:

Full Name: WEXFORD HEALTH SOURCES, INC.

Current Job Title: VENdOR FOR ILL. Dept. of CORRECTIONS

2

Current Work Address 700 W. Lincoln St.

205 GREENTREE COMMONS
381 MANSFIELD AVE.
PITTSBURGH PA 15220

Ponsiac, Illinois

Defendant #4:

Full Name: Michell Melvin

Current Job Title: Chief Administrative Officer (WARDEN)

Current Work Address 700 W. Lincoln St. P.O. Box 99

Ponsiac, Illinois 61764

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?      Yes ☐      No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐      No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

# Amended Petition

1. **Tuesday, November 28, 2017**

   Nurse Ms. Cheryl Hansen, Nurse Practitioner,
   Had to Soak my Right Foot, in a pan of
   Water, so that the Bandage would come
   off of my Giant Toe, without ~~Tera~~
   Tearing the Skin on my very painful
   Right Foot.

   Dr. Tilden Recommended, that I Be
   Seen, By, Dr. Todd C. Snoeyink, DPM
   (Podiatrist), in Bloomington, Illinois.

2. **Wednesday, November 29, 2017**

   I went to See, Dr. Brian Lee Hamm, DPM.
   In Bloomington, Illinois.

Wednesday, November 29, 2012  Medical Writ

DR. Hamm Stated, that I Have a very Bad

Ulcer Infection on my Right Giant Toe.

The Infection was Deep, and Reached the

Bone, on my Giant Toe. DR. Hamm cleaned

the Infection, and prescribed, "Clindamycin",

150 mg cap, Two Tabs - 3x day. DR. Hamm

also ordered a wound dressing change

Everyday. The pain in my Toe and Foot,

is Piercing and Stabbing.

3. Friday, December 8, 2017  Medical Writ

I Again went to Bloomington, Illinois, To Be

Seen By DR. Todd C. Snovysak, DPM.

Friday, December 8, 2017   Medical Nbr.

DR. SNABYINK Examined the ulcer on

my Giant Toe, and prescribed a "Foam

lift", for my right sandil, so that my

wounded Toe, would not be bent downward.

Also, a dressing change, Everyday.

4. Saturday, December 9, 2017.

No Dressing change.

5. Friday, December 15, 2017

No Dressing change.

6. Thursday, December 21, 2017

Dressing change. 7pm.

7. WEdnesday, December 20, 2017, MEdical WR's

DR. SWOBYINK Stated, that the INFECTION

was STill very Bad, and that I might

Have to Have the TOE Amputated.

I was INSTRUCTED TO STOP Taking the

"Clindomycin Hcl", ON December 30, 2017, and

RETURN TO See him, during the first

week of January, of 2018, TO determine,

if the TOE Can Be Saved or Not.

8. Monday, December 25, 2017

Plaintiff is worried, that I will Have a

LARGE portion portion of my Right foot

Amputated, Because of Deliberate

INdifference, to my VERY Serious medical needs.

Monday, December 25, 2017

On Wednesday, November 22, 2017, when
Dr. Tilden saw the ulcer on my Giant toe,
He should have sent me out, on an
emergency medical writ, because I have
a history, of having six toes amputated,
in 2016.

I did not see a podiatrist, for sign
days. The seven day denial and delay,
looks as if it will result into me having
a part of my right foot amputated.

9. Plaintiff humbly prays, that the
Honorable Court, will Reconsider, and
appoint legal counsel, for Plaintiff.

10. Plaintiff is now in SEVERE UNCONTROLLABLE Pain, IN His Right foot.

11. Pain medication makes the plaintiff Sleepy.

12. Plaintiff prays, that the Honorable United States District Court, would Please acknowledge, that the Temperatures IN the First 10 days of January of, 2018, ARE Expected To Be Very Frigid and Below ZERO, and That THERMAL Long pants would Be Suitable for plaintiff, whom is IN Mid-Seventies.

7

EXHiBiTS

A   B   C   D   E   F   G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

12-26-17

\*1    EXHIBIT

The following is a copy of a letter,
In which plaintiff mailed to the GRIEVANCE
following Individuals.   NO Reply. (filed)

I am IN my mid-seventies, And I
will Be going on Several medical writs,
IN January And February.

Accordingly, may I please have
your Permission, to wear my Thermal
long pants, on my medical writs, Because
of the very cold weather?   NO Reply!

| | | |
|---|---|---|
| MS. Teri Kennedy | Asst. Warden | ① |
| MS. Emily Ruskin | Asst. Warden | |
| Major De Long | Shift Commander | |
| Major West | Shift Commander | |

CC: United States
District Court

EMERGENCY!

EXHIBIT B
#2

NAME: Betty Johnson
(Print clearly)

NUMBER: B33367   DATE: 1-27-17

Cellhouse: EPC   Cell # 207

I wish to be seen for the following health problem and understand I will be required to sign a $5.00 medical co-payment for requested health services. (**_Please mark the ONE that best describes your problem and circle any symptoms which you are experiencing:_**)

- ☐ Allergies - itching, watery eyes
- ☐ Back Pain
- ☐ Bowel Problems - can't go, diarrhea, hemorrhoids
- ☐ Cold - stuffy nose, cough, chest congestion
- ☐ Dental Problem - toothache, lost filling, dentures, cavity
- ☐ Earache - ear stopped up, can't hear
- ☐ Eye Doctor - eye pain, injury, need glasses
- ☐ Headache
- ☐ Joint Pain - knee, ankle, elbow
- ☐ Renew medication: _____
- ☐ Skin Problems - rash, pimples, boil
- ☐ Stomach Pain - throwing up, sick to stomach
- ☑ Other   OPEN BLEEDING WOUND, ON MY GROIN JOB, Right foot
   I ALSO need a dressing change.

I am attentivelimingly floccillent my Groins Job, on at my Right foot will Be improved.

Submission of this request will result in the scheduling of a routine visit and should not be used for urgent situations which should be directed to the cellhouse CMT or Nurse.
DO NOT WRITE BELOW THIS LINE - FOR HEALTH SERVICES STAFF ONLY

Date Request Received: _____   Date Scheduled: _____

Request Received by: _____
(Print Name and Title)

Request Reviewed by: _____
(Print Name and Title)

Date Seen: _____

Seen by: _____
(Print Name and Title)

COURT EXHIBIT #3                    EMERGENCY! C

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: Nov. 29, 2017 | Offender: (Please Print) Berry Johnson | ID#: B33367 |
|---|---|---|

Present Facility: Pontiac Corr. Ctr. | Facility where grievance issue occurred: P.C.C. 067499

**NATURE OF GRIEVANCE:** Bleeding (OR (Giant) Right Toe.

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): _____

- ☐ Disciplinary Report: ____ / ____ / ____
  Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): _____

Painful Bleeding Giant Toe, Right Toe.
I have an unusual confusion and bruise, on
the anterior of the Giant Toe. I need to   Berry Johnson
Please see Dr. Andrew Tilden, M.D., Posthaste.

Relief Requested: Medical Treatment for my very painful,
Bleeding Giant Right Toe, Posthaste!
NO AMPUTATION!

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Berry Johnson                    B33367    11.29.17
Offender's Signature              ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____ / ____ / ____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____    Counselor's Signature _____    Date of Response ____ / ____ / ____

---

**EMERGENCY REVIEW**                    DEC 0 9 2017

Date Received: 12/4/17    Is this determined to be of an emergency nature?
DEC 0 1 2017
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Melvin    Chief Administrative Officer's Signature    12/4/17
Date

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

EMERGENCY!

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

B. Johnson    Pg 2
B33367    11-27-17

067499

Saving the TOE is Exceedingly Critical, Essential, as well as Imperative.

I was seen by DR. Tilden, on Wednesday November 22, 2017. DR. Tilden had nurse Brady (TORRES) dress my painful TOE. I was told by DR. Tilden, not to walk on my feet.

DR. Tilden instructed nurse Brady to Schedule me for a wound dressing change for, Sunday, November 26, 2017.

Bung Johnson B33367

Sunday, November 26, 2017

I was not taken to the Health Care unit on Sunday, (11-26-17) for a wound dressing change. Accordingly, the painful wound on my giant Toe, of my Right foot, is oozing and exuding putrid Blood and puss.

Moreover, I am very fearful of having my giant Toe, or, my Right foot amputated.

Please stop the denial and delay, of my very serious medical needs. EMERGENCY!

I had Six TOES Amputated in 2016.

No more Amputations!    Bung Johnson B33367
Nov. 27, 2017

# State of Illinois - Department of Corrections
## Counseling Summary

*(handwritten: COVER EXHIBIT D 4 MON 12-4-17)*

| | | | |
|---|---|---|---|
| **IDOC #** | B33367 | **Counseling Date** | 12/01/17 14:35:56:727 |
| **Offender Name** | JOHNSON, BARRY | **Type** | Collateral |
| **Current Admit Date** | 05/22/1992 | **Method** | Other |
| **MSR Date** | | **Location** | PON EAST PROTECTIVE CUSTODY |
| **HSE/GAL/CELL** | EP-02-07 | **Staff** | SIMPSON, SHARON A., Correctional Officer |

Received grievance dated 11/27/17 pertaining to Right Big Toe pain; Wound Dressing. Grievance forwarded to CAO due to your request the issue be handled as an emergency. G#067499.

**Print Date** 12/1/2017

# State of Illinois - Department of Corrections

## Counseling Summary

*COURT EXHIBIT*
*5*

| | | | |
|---|---|---|---|
| **IDOC #** | B33367 | **Counseling Date** | 12/09/17 08:40:53:397 |
| **Offender Name** | JOHNSON, BARRY | **Type** | Collateral |
| **Current Admit Date** | 05/22/1992 | **Method** | Other |
| **MSR Date** | | **Location** | PON EAST PROTECTIVE CUSTODY |
| **HSE/GAL/CELL** | EP-02-07 | **Staff** | SIMPSON, SHARON A., Correctional Officer |

Returned grievance (G#067499) dated 11/27/17 to offender due to CAO determined his issue a non-emergency on 12/4/17. If offender rejects this decision, he may choose to forward complaint utilizing the "Grievance Only" mail box so that grievance can be addressed at the Counselor 1st Level.



ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

COVER EXHIBIT 6

**Offender:** Johnson _____ Barry _____ _____ B33367 _____
Last Name                    First Name                      MI          ID#

**Facility:** Pontiac _____

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: 11/6/2017 _____ or ☐ Correspondence: Dated: _____

Received: 11/16/2017 _____ Regarding: Medical/Insulin treatment _____
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☒ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                                        Office of Inmate Issues
                                        1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                              Date
☐ No justification provided for additional consideration.

**Other** (specify): Offender needs to put in for sick call _____

_____

Completed by: Patty Thull _____      _Patty Thull_ (signature)      11/30/17
                    Print Name                        Signature                    Date

Distribution: Offender                    *Printed on Recycled Paper*                    DOC 0070 (Rev.5/2017)
              Inmate Issues

URGENT!

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: | Offender: (Please Print) | IDOC# |
|---|---|---|
| Nov. 6, 2017 | BERRO JOHNSON | B33367 |

| Present Facility: | Facility where grievance Issue occurred: |
|---|---|
| Pontiac Corr. C.C. | P.C.C. |

**NATURE OF GRIEVANCE:**

Diabetes / Insulin

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify):

- ☐ Disciplinary Report: ____ / ____ / ____
  Date of Report

NOT ENOUGH INSULIN WHY????
Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I need an increase in the number of units of Insulin in which I inject on a daily basis. Forthwith! Berro Johnson

I currently inject 20 units of Insulin, In the

**Relief Requested:** Dr. Tilden, M.D., Please increase my daily Insulin injection, so that I may better control my diabetes.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Offender's Signature | B33367 | 11.6.17 |
|---|---|---|
| | IDOC# | Date |

(Continue on reverse side if necessary)

Copied 11/8/11 @ DCC-LL

Copied 11/8/11 @ DCC-LL

Copied 11/8/11 @ DCC-LL

---

**Counselor's Response (if applicable)**

| Date Received: | ____ / ____ / ____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

RECEIVED

| Date Received: | 11 / 7 / 17 | Is this determined to be of an emergency nature? | ☐ Yes: expedite emergency grievance ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|---|

NOV 28 2017
ADMINISTRATIVE
REVIEW BOARD

| Chief Administrative Officer's Signature | | 11 / 7 / 17 |
|---|---|---|
| | | Date |

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)

NOT ENOUGH INSULIN!
URGENT!

Mr. Berry Johnson #2½
B33357, Nov.6, 2017
URGENT!

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

8m, and 10 units in the pm. Total = 30 units/day

DR. ANDREW TILDEN, M.D., Please consider

increasing my Total Insulin units, Because the

my daily Accu-Chek numbers, are at times,

overwhelmingly exceeds over 200.(ТоHigh)

Goal.- Accu-Checks  6 and under

90=5  120=6  150=7  180=8  210=9  240=10  270=11

| | | Accu-Check | | Units | Nurse |
|---|---|---|---|---|---|
| Sat. | 0530 HGS | 140 | Hi | 20 | Cora |
| 11-4-17 | 1700 HGS | 252 | Hi | 10 | Tracy |
| Fri. | 0545 HGS | 145 | Hi | 20 | Karen B |
| 11-3-17 | 1645 " | 239 | Hi | 10 | Cora |
| Thurs. | 0520 | 170 | Hi | 20 | Tinsley |
| 11-2-17 | 1630 | 259 | Hi | 10 | Loren |
| Wed. | 0520 HGS | 256 | Hi | 20 | Tinsley |
| 11-1-17 | 1645 HGS | 230 | Hi | 10 | Brion |
| Tues. | 0545 HGS | 146 | Hi | 20 | Tinsley |
| 10/31/17 | 1615 HGS | 181 | Hi | 10 | Brion |
| Mon | 0545 HGS | 208 | Hi | 20 | Karen |
| 10/30/17 | 1515 HGS | 147 | Hi | 10 | Loren |
| Sun | 0545 HGS | 129 | Hi | 20 | Karen |
| 10/29/17 | 1530 HGS | 321 | Hi | 10 | Loren |

Goal= 120  NOT ENOUGH INSULIN! Why?

Relief: Please increase my daily Insulin

intake, So That I may Better control my

Diabetes.           Mr. Berry Johnson 11-6-17

Pontiac C.C
MAX Library

(To.) Johnson
B33367
E207

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Berry Johnson, B-33367

Plaintiff

vs.

Andrew Tilden, et al,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED at PCC and E-Mailed

8/21/17 (date) by _KK_ (initials)

29 (# of pages)

Defendant(s)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: Americans With Disabilities Act, 2008

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*



Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Berry Johnson

Prison Identification Number: B-33367

Current address: Pontiac Correctional Center Max Unit
P.O. Box 99, Pontiac, Illinois 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Andrew Tilden

Current Job Title: Medical Director employed by Wexford On-site

Current Work Address 700 W. Lincoln St.
Pontiac, Illinois 61764

Defendant #2:

Full Name: Mary Ellen Grennen, Health Care Administrator

Current Job Title: Pontiac Correctional Center's Health Care Administrator

Current Work Address 700 W. Lincoln Street - P.O. Box 99
Pontiac, Illinois 61764

Defendant #3:

Full Name: Wexford Health Sources, Inc.

Current Job Title: Vendor for Illinois Dept. of Corrections

2

2



Current Work Address 700 W. Lincoln Street / 205 Greentree Commons
Pontiac, Illinois 61764          381 Mansfield Ave.
                                 Pittsburgh, PA 15220

Defendant #4:

Full Name: Michael Melvin

Current Job Title: Chief Administrative Officer (Warden)

Current Work Address 700 W. Lincoln St. - P.O. Box 99
Pontiac, Illinois 61764

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐  See Attached Exhibits #1 & #2

The Plaintiff submitted two (2) seperate emergency grievances directly to the Chief Administrative Officer Michael Melvin on 10/19/2016 and 11/21/2016. The CAO or Chief Administrative Officer did not investigate my grievance complaints, however, he arbitrarily considered my grievances as No Not substantiated and explain I should resubmit my grievances. I forward my grievances to IDOC's Administrative Review Board on or about 12/14/2016. There has been no response in a reasonable time.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence Pontiac Correctional Center's Maximum Security Unit's Protective Custody (SPC & EPC)

4

Date(s) of the occurrence On-going from October 17, 2016 - 2017

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Claim I- The plaintiff in this case is a 75 year old African-American who is subjected to medical neglect and deliberate indifference to his injuries, pain, suffering, and life altering handicaps by Defendant Andrew Tilden, Wexford Health Sources, Inc. medical staff through the policies and profit driven interests. See Sworn Supporting Narrative Exhibit #3

The Pontiac Correctional Center's Health Care Administrator between October 2016 - August 2017 failed to recognize the Plaintiff's on-going medical conditions. The Plaintiff was not advised of any treatment plan ordered due to the Plaintiff's age, there's no protection under Pontiac Correctional Center's Health Care Unit's Offender Bill of Rights; there's ineffective communication and access from the Defendants regarding the plaintiff's diagnosis, treatment plan, treatment, and expected outcome.

None of the plaintiff's medical information was inadvisable to be disclosed to him, and none of the Defendants allowed the plaintiff to participate in decisions about the intensity and scope of his treatment to be provided. Moreover, the Defendants never made the plaintiff aware of any opportunity to participate in chronic illness clinics.

5

5

<u>The Defendant Tilden and Wexford Health Sources Inc.</u>

as the plaintiff's Primary Care Providers are personally responsible for the deprivations of emergency medical care that caused the loss of plaintiff's limbs. The current deprivation of constitutional rights under the Eighth and Fourteenth Amendments and the past harm is caused by the practice and policies established by Defendant Wexford and implimented by Defendant Tilden to cut costs for his employer Wexford Health Sources, Inc.

Claim II: Defendant Wexford Health Sources, Inc. as vendor employed by the State of Illinois to provide health care services to prisoners confined in the Illinois Department of Corrections is a for profit business which establishes practices, policies, customs to maintain a inflexible policy against emergency medical off-site referrals. The practice by Defendant Wexford of using its Utilization Management to delay emergency referral approval caused the plaintiff to lose two toes by gangrene and amputations. Moreover, Wexford's action is cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments to the Constitution of the United States of America.

Claim III: Defendant Michael Melvin is directly involved and responsible being deliberately indifferent to the plaintiff's serious emergency health need between October 2016 - August 2017. Defendant Melvin practice of determining the plaintiff's emergency grievances regarding medical without Melvin actually investigating the emergency claim(s)

contributed to the delay in the plaintiff receiving emergency medical treatment from Defendant Tilden.

Under Illinois's law Defendant Melvin is responsible for ensuring that Defendant Mary Ellen Grennon as Health Care Unit Administrator and Defendant Tilden during the relevant time (October 2016 - December 2016) for establishing a procedure for the use of treatment protocols by Non-physician health care staff such as Nurses and the Health Care Administrator. However, Defendant Melvin was deliberately indifferent to the Plaintiff's medical needs based on the plaintiff being elderly/old.

See Plaintiff's Exhibits #1, #2, and #3.

Had not the Defendants Melvin, Tilden, Wexford, and Grennon delayed providing the Plaintiff Necessary off-site emergency health care treatment the loss of the Plaintiff's limbs would/could have been prevented. All of the Defendants were directly involved, Defendants Melvin and Grennon were also in both personal and official capacities responsible.

Defendant Tilden's delegation of authority to his Physician Assistant Ojelade and Nurse Practioner Hansen violate Sections 15-15 and 15-20 of the Nursing and Advanced Practice Nursing Act.

RELIEF REQUESTED

(State what relief you want from the court.)

1. Preliminary Injunctive Relief in that Defendants

7

have the Plaintiff medically transfered to Dixon
Correctional Center; and,
2. that the Defendant Tilden and Wexford Health Sources,
INC, ensure that off-site medical specialist perform
a complete examination and report findings of Plaintiffs
medical conditions;
3. Compensatory Awards in the amount of 1.2 million
dollars for each amputation suffered by the Plaintiff; and,
4. Punitive Damages against Wexford's Health Sources of 1.5 million dollars.

JURY DEMAND       Yes ☒     No ☐

Signed this ___16th___ day of __August__ , 20_17_ .

x _Berry Johnson_
( Signature of Plaintiff)

| Name of Plaintiff: BERRY JOHNSON | Inmate Identification Number: B-33367 |
| --- | --- |
| Address: P.O. Box 99  Pontiac, IL 61764 | Telephone Number: |

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

8

EXHIBITS

| DATE | | Signature | Office | Page | Notorized |
|------|---|-----------|--------|------|-----------|
| 10-19-16 | Grievance | MR. M. Melvin | Warden | 2 | |
| 11-21-16 | Grievance | Mr. M. Melvin | Warden | 2 | |
| | Narritive | MR. Berry Johnson | | 16 | yes |
| 8-17-17 | Affidavit | MR. Berry Johnson | | 1 | yes |

17

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: Oct 19, 2016 | Offender: (Please Print) BERGEN Johnson | ID# B33367 |
|---|---|---|

Present Facility: PONTIAC CORRECTIONAL CTR
Facility where grievance issue occurred: PCC

**NATURE OF GRIEVANCE:** MEDICAL DELAY AND DENIAL

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): ____

- [ ] Disciplinary Report: ____ / ____ / ____
Date of Report _____ Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON Sunday, Oct.16.2016, I NOTICED Blood ON my

Right foot, the 2nd Toe. I am an ENSuliN

Depindant diabetic, whom Has Had Five Toes ON (B349 Johnson B33367)

my left foot, Amputated iN march of 2016,

Because of VERY POOR diabetic foot care

Relief Requested: To Be seeN By, DR. Todd C. SNObgyiNk, DPM

1701 EAST college AVE, BloomiNgtoN FL 61704

(309) 664 3038 BobSmith"

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

(B349 Johnson) Offender's Signature     B33367 ID#     10/19/16 Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____ / ____ / ____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ____

(Print Counselor's Name) _____     B33367 Counselor's Signature     12/11/16 Date of Response

---

**EMERGENCY REVIEW**

Date Received: 11/9/16

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P Lmehun Chief Administrative Officer's Signature     11/9/16 Date

Distribution: Master File; Offender     Page 1     Exhibit #1     DOC 0046 (8/2012)

And Gangrene.

Accordingly, I notified nurse Jack overfelt, on monday, october 17, 2016, at 4pm.

Moreover, I was seen and examined by DR. Andrew Tilden, M.D., whom is also the medical director, here at the P.C.C.

DR. Tilden prescribed, Cephalexin 500mg and Ciprofloxacin 500 mg.

Furthermore, I need to be seen and examined by DR Andrew Todd C. Snoeyink DR. Todd C. Snoeyink, DPM, whom saved the amputation of my left leg, above and below the knee.

Relief Requested:

To be seen by DR. Todd C Snoeyink, DPM 1701 east college ave, Bloomington, IL 61704 (309) 664-3038 also with!

Amy Johnson

as soon as possible.

Date: NOV 21, 2016    Offender: (Please Print) Bobby Johnson    ID#: B33367

Present Facility: PONTIAC CORRECTIONAL CTR.    Facility where grievance issue occurred: P.C.C.

**NATURE OF GRIEVANCE:**

AMPUTATION 2nd TOE Right foot

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☑ ADA Disability Accommodation
☑ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA
☐ Transfer Denial by Facility   ☐ Transfer Denial by Transfer Coordinator   ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
   Date of Report                    Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

ON Sunday October 18, 2016 I Noticed Blood on my
sock, on my Right foot. I Immediately gave
Notification to Jack Overfelt, whom is a Registered
Nurse, Here at the P.C.C.
                                           Bobby Johnson B33367

       According, In March of 2016, I Had All five Toes
on my Left Foot Amputated, Because of diabetes
gangrene. And very Inexcusable diabetic foot care, Here
at the Pontiac Correctional Center.

Relief Requested: Compensatory, as well as Punitive monessory
damage, for the Amputation of the 2nd Toe, on my Right
foot. Deliberate Indifference- Medical malpractice.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bobby Johnson    B33367    11/21/16
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to
                                                                       Administrative Review Board, P.O. Box 19277,
                                                                       Springfield, IL 62794-9277

Response: _____

Bobby Johnson    B33367    12/11/16
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 12/5/16    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                              ☐ No; an emergency is not substantiated.
                                                                              Offender should submit this grievance
                                                                              in the normal manner.

_____    12/5/16
Chief Administrative Officer's Signature    Date

Exhibit 2

40

Tuesday, October 18, 2016

DR. ANDREW TILDEN, M.D. whom is the MEDICAL DIRECTOR
HERE is the PONTIAC CORRECTIONAL CENTER, ACKNOWLEDGED the
BLOOD on the 2nd TOE, of my Right Foot.
MEDICAL MALPRACTICE & MEDICAL NEGLIGENCE.
MOREOVER, DR. TILDEN, KNEW of the FEASIBILITY of
my 2nd TOE of BEING INFECTED, as well as the
PRACTICALITY, that GANGRENE would INDUBITABLY INVADE
AND AFFLICT my Right Foot.
DELIBERATE INDIFFERENCE    WROTE
Therefore, DR. TILDEN, then WROTE a MEDICAL ORDER on
Tuesday, October 18, 2016, FOR a MEDICAL dRESSING change on
the 2nd TOE on my Right Foot EVERYday. HOWEVER, the TOE
discolored (BLACK) disregard and deleteriously
deteriorated.

Furthermore, I was Seen By DR. Todd C. SNARBINK, DPM
on monday, October 31, 2016, IN which was THIRTEEN (13)
days, AFTER DR. TILDEN VIEWED AND EXAMINED The
TOE Himself. medical delay on my VERY SERIOUS
MEDICAL needs is UNCONSTITUTIONAL.

SUBSEQUENTLY, BECAUSE of UNNECCESSARY MEDICAL
delays, as MEDICAL denial of my VERY SERIOUS
needs, the TOE, was AMPUTATED, on SatURday,
October 19, 2016, BY DR. BRIAN LEE HAMM, DPM of
St. Joseph's MEDICAL CENTER, IN Bloomington, IL.

Relief Requested

COMPENSATORY, as well as PUNITIVE monetary damages,
for the UNNECCESSARY AMPUTATION of my 2nd TOE
on my Right FOOT.

& DELIBERATE INDIFFERENCE    Barry Johnson
                            B33367  2016
& MEDICAL MALPRACTICE        Nov. 21.

& MEDICAL NEGLIGENCE

NARRATIVE

8-7-17

9/28/6

**STATE OF ILLINOIS** )
**COUNTY OF** )
LiViNgStoN )

MR. Berry Johnson
B33367. Box 99
PonTiAc, FL 61764
August 17, 2017

#### AFFIDAVIT

I Berry Johnson _____ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

This AFFIDAViT is BeiNg WRiTTEN TO cloRiFy my EXACT AGE.

I WAS BORN oN MAy 18, 1943. S-18-43-DeC mi.

PoWER of ATTORNEY: my DAUghTER

1. MR ROXANNE DeNiSE Johnson - 4-28-76

2. DR. BERNARd H. Johnson, D.D.S. my LoViNg BRother

3. MS. TRACEy ELON Johnson, NiECE

4. MS. KERRi ANN Johnson, NiECE

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

29

Signed on this 21 day of AVg _____ 2017

_Berry Johnson_
_____
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

BERRY JOHNSON, #B-33367

### Plaintiff

V.

Andrew Tilden, et al.,

### Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, BERRY. Johnson _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Pontiac Correctional Center Max Unit

    Are you employed at the institution?  No   Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☒ No
    b.  Rent payments, interest or dividends                   ☐ Yes          ☒ No
    c.  Pensions, annuities or life insurance payments         ☐ Yes          ☒ No
    d.  Disability or workers compensation payments            ☐ Yes          ☒ No
    e.  Gifts or inheritances                                  ☐ Yes          ☒ No
    f.  Any other sources                                      ☐ Yes          ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    money from family & friends.

4. Do you have any cash or checking or savings accounts?　　☐ Yes　　☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?　　☐ Yes　　☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.　None

I declare under penalty of perjury that the above information is true and correct.

8-?-2017 ___ x _____
Date　　　　　　　　　　　　Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

Date: 8/17/2017
Time: 8:16am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 02/17/2017 thru 08/17/2017;     Inmate: B33367;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

Inmate: B33367 Johnson, Barry                    Housing Unit: PON-EP-02-07

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--|--------|---------|
| | | | | | **Beginning Balance:** | | | 22.45 |
| 03/07/17 | Payroll | 20 Payroll Adjustment | 0661141 | | P/R month of 2 2017 | | 9.52 | 31.97 |
| 03/08/17 | Point of Sale | 60 Commissary | 0677114 | 536084 | Commissary | | -24.18 | 7.79 |
| 03/10/17 | Disbursements | 81 Legal Postage | 0693141 | Chk #111138 | 03/03/2017, United S, | Inv. Date: | -.21 | 7.58 |
| | | | | | 03/03/2017 | | | |
| 03/13/17 | Disbursements | 84 Library | 0723141 | Chk #111188 | 02/21/2017, DOC: 523, | Inv. Date: | -.80 | 6.78 |
| | | | | | 02/21/2017 | | | |
| 03/13/17 | Disbursements | 84 Library | 0723141 | Chk #111188 | 02/28/2017, DOC: 523, | Inv. Date: | -1.15 | 5.63 |
| | | | | | 02/28/2017 | | | |
| 03/13/17 | Disbursements | 90 Medical Co-Pay | 0723141 | Chk #111189 | 02/24/2017, DOC: 523, | Inv. Date: | -5.00 | .63 |
| | | | | | 03/02/2017 | | | |
| 04/11/17 | Payroll | 20 Payroll Adjustment | 1011148 | | P/R month of 3 2017 | | 10.00 | 10.63 |
| 04/17/17 | Disbursements | 84 Library | 1073141 | Chk #111698 | 03/15/2017, DOC: 523, | Inv. Date: | -1.00 | 9.63 |
| | | | | | 03/15/2017 | | | |
| 04/17/17 | Disbursements | 84 Library | 1073141 | Chk #111698 | 03/28/2017, DOC: 523, | Inv. Date: | -1.10 | 8.53 |
| | | | | | 03/28/2017 | | | |
| 04/17/17 | Disbursements | 84 Library | 1073141 | Chk #111698 | 04/06/2017, DOC: 523, | Inv. Date: | -.10 | 8.43 |
| | | | | | 04/06/2017 | | | |
| 04/17/17 | Disbursements | 84 Library | 1073141 | Chk #111698 | 04/12/2017, DOC: 523, | Inv. Date: | -.30 | 8.13 |
| | | | | | 04/12/2017 | | | |
| 04/19/17 | Point of Sale | 60 Commissary | 1097169 | 539838 | Commissary | | -6.75 | 1.38 |
| 05/09/17 | Payroll | 20 Payroll Adjustment | 1291148 | | P/R month of 4 2017 | | 9.52 | 10.90 |
| 05/17/17 | Disbursements | 84 Library | 1373141 | Chk #112287 | 04/19/2017, DOC: 523, | Inv. Date: | -1.00 | 9.90 |
| | | | | | 04/19/2017 | | | |
| 05/17/17 | Disbursements | 84 Library | 1373141 | Chk #112287 | 05/16/2017, DOC: 523, | Inv. Date: | -.20 | 9.70 |
| | | | | | 05/16/2017 | | | |
| 05/23/17 | Point of Sale | 60 Commissary | 1437153 | 542340 | Commissary | | -8.14 | 1.56 |
| 05/27/17 | Mail Room | 15 JPAY | 147200 | 72589798 | Baker, Donald | | 300.00 | 301.56 |
| 06/01/17 | Mail Room | 15 JPAY | 152200 | 72720560 | Johnson, Berry | | 275.00 | 576.56 |
| 06/08/17 | Payroll | 20 Payroll Adjustment | 1591148 | | P/R month of 5 2017 | | 10.00 | 586.56 |
| 06/13/17 | Point of Sale | 60 Commissary | 1647169 | 544075 | Commissary | | -307.22 | 279.34 |
| 06/13/17 | Point of Sale | 60 Commissary | 1647153 | 544078 | Commissary | | -2.50 | 276.84 |
| 06/15/17 | Disbursements | 84 Library | 1663141 | Chk #112684 | 05/23/2017, DOC: 523, | Inv. Date: | -.40 | 276.44 |
| | | | | | 05/23/2017 | | | |
| 06/15/17 | Disbursements | 84 Library | 1663141 | Chk #112684 | 06/07/2017, DOC: 523, | Inv. Date: | -.20 | 276.24 |
| | | | | | 06/07/2017 | | | |
| 06/15/17 | Disbursements | 84 Library | 1663141 | Chk #112684 | 06/13/2017, DOC: 523, | Inv. Date: | -2.40 | 273.84 |
| | | | | | 06/13/2017 | | | |
| 07/07/17 | Point of Sale | 60 Commissary | 1887164 | 545932 | Commissary | | -51.98 | 221.86 |
| 07/11/17 | Payroll | 20 Payroll Adjustment | 192194 | | P/R month of 6 2017 | | 10.00 | 231.86 |
| 07/19/17 | Disbursements | 84 Library | 2003141 | Chk #113259 | 06/20/2017, DOC: 523, | Inv. Date: | -3.10 | 228.76 |
| | | | | | 06/20/2017 | | | |
| 07/19/17 | Disbursements | 84 Library | 2003141 | Chk #113259 | 06/27/2017, DOC: 523, | Inv. Date: | -1.50 | 227.26 |
| | | | | | 06/27/2017 | | | |
| 07/19/17 | Disbursements | 84 Library | 2003141 | Chk #113259 | 07/05/2017, DOC: 523, | Inv. Date: | -1.00 | 226.26 |
| | | | | | 07/05/2017 | | | |
| 07/19/17 | Disbursements | 84 Library | 2003141 | Chk #113259 | 7/11/17, DOC: 523 Fu, | Inv. Date: | -.70 | 225.56 |
| | | | | | 07/11/2017 | | | |
| 07/19/17 | Disbursements | 84 Library | 2003141 | Chk #113259 | 7/18/17, DOC: 523 Fu, | Inv. Date: | -.60 | 224.96 |
| | | | | | 07/18/2017 | | | |
| 07/20/17 | Point of Sale | 60 Commissary | 2017169 | 547256 | Commissary | | -33.62 | 191.34 |
| 08/07/17 | Point of Sale | 60 Commissary | 2197169 | 548485 | Commissary | | -33.48 | 157.86 |
| 08/09/17 | Payroll | 20 Payroll Adjustment | 2211148 | | P/R month of 7 2017 | | 10.00 | 167.86 |
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 8/1/17, DOC: 523 Fun, | Inv. Date: | -3.70 | 164.16 |
| | | | | | 08/01/2017 | | | |



# Pontiac Correctional Center
## Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 02/17/2017 thru 08/17/2017;    Inmate: B33367;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B33367 Johnson, Barry**                    **Housing Unit: PON-EP-02-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 08/16/17 | Disbursements | 84 Library | 2283141 | Chk #113562 | 08/08/2017, DOC: 523,    Inv. Date: 08/08/2017 | -4.80 | 159.36 |

| | |
|---|---|
| **Total Inmate Funds:** | 159.36 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 159.36 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**FURLOUGHS**

| Furlough # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|------------|--------|---|-------------|------------|--------|---------|
| 11756 | 99999 | DOC: 523 Fund Inmate R | Beginning Balance | 08/10/2010 | 293.74 | .00 |
| | | | | Total: | | .00 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Berry Johnson B-33367 ,        )
          Plaintiff,            )
                                )
    vs.                         )    No. _____
                                )
Andrew Tilden, et al ,         )
          Defendant(s)          )

## MOTION FOR APPOINTMENT OF COUNSEL

1.   I, Berry Johnson _____, declare that I am the
plaintiff in the above-entitled case.  I further state that I am
unable to afford the services of an attorney.  I hereby request
the court to appoint counsel to represent me in this case.
Should the court grant the motion, I agree to provide for payment
of attorney fees out of any recovery I might obtain in this case.

2.   In support of my motion, I declare that I have made the
following attempts to retain counsel to represent me in this
lawsuit:

Contacted by mail Uptown People's Law Center's Alan Mills-Atty;
Contacted by mail Lovey & Lovey's Susan Lovey, Atty;
Contacted by mail People's Law Office Flint Taylor, Atty.
The foregoing attorneys were written letters by the Plaintiff
requesting pro bono legal representation Responses are
pending.

3.   In further support of my motion, I declare that (check
appropriate answer):

X        I am not currently represented (and have not
         been represented previously) by an attorney
         appointed by this court in this or any other
         civil or criminal proceeding before this
         court.

_____    I am currently (or previously have been)
         represented by counsel appointed by this
         court in the proceeding(s) described on the
         attached page.

SCANNED at PCC and E-Mailed
8/21/17 (date) by VL (initials)
4  (# of pages)

4. In further support of my motion, I declare that (check appropriate answer):

____✓____ I have attached an original application to proceed in forma pauperis detailing my financial status.

_____ I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____ I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Movant's Signature

_____
Street Address

_____
City/State/Zip Code

Date: _____

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

10/94

# CERTIFICATE

(To be completed for prisoners only. This is a statement by the prison and not the prisoner)

I hereby certify that the plaintiff/petitioner in this action has the sum of $ _159.36_ in his trust fund account at this correctional center where he is confined. I further certify that the plaintiff/petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_Crystal Challay_
Authorized Officer

Pontiac Correctional Center

_Account Technician_
Title

_8/17/17_
Date

**IMPORTANT:**

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S/PETITIONER'S TRUST FUND ACCOUNT.

13

# Attorneys

1. UPTOWN People's Law Center

   Atty. Allison Miller, 4413 North Sheridan, Chicago, IL 60640

2. Lavey and Lavey, Atty. Susan Lavey

   311 North Aberdeen St, 3rd Floor       (312) 243-5900

3. People's Law Office, Atty. G. Flint Taylor

   1180 North Wilwaukee, Chicago IL 60622
                                          (773) 235-0070

16

STATE OF ILLINOIS     )
                      )  ss
COUNTY OF _____ )

## AFFIDAVIT

I, _____, do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief.  I do declare and affirm that the matter at
hand is not taken either frivolously or maliciously and that I believe the
foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant

**Spencer, Mark**

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Monday, August 21, 2017 4:12 PM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 1:17-cv-01379-MMM Johnson v. Tilden et al Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a tr: n: :ript, the free copy and 30 page limit do not apply.

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

#### Notice of Electronic Filing

The following transaction was entered on 8/21/2017 at 4:11 PM CDT and filed on 8/21/2017
**Case Name:** Johnson v. Tilden et al
**Case Number:** 1:17-cv-01379-MMM
**Filer:** Berry Johnson
**Document Number:** 1

**Docket Text:**
**COMPLAINT against Mary Ellen Grennen, Michael Melvin, Andrew Tilden, Wexford Health Sources, Inc., filed by Berry Johnson. (Attachments: # (1) Exhibits)(JRK, ilcd)**

**1:17-cv-01379-MMM** Notice has been electronically mailed to:

**1:17-cv-01379-MMM** Notice has been delivered by other means to:

Berry Johnson
B33367
PONTIAC
CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

The following document(s) are associated with this transaction:

**Document description:** Main Document

E-FILED
Monday, 21 August, 2017  04:11:09 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Berry Johnson, B-33367 )
)
**Plaintiff** )
)
vs. )
)
Andrew Tilden, et al. )
)
)
)
)
)
)
)
)
**Defendant(s)** )

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED at PCC and E-Mailed
8/21/17 (date) by vk (initials)
29 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒  Other federal law:  Americans With Disabilities Act, 2008

☐  Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*



E-FILED
Monday, 21 August, 2017 04:11:09 PM
Clerk, U.S. District Court, ILCD

EXHIBITS

MR. Berry Johnson
B 33367. Box 99
PONTIAC, IL 61764
AUGUST 17, 2017

| DATE | | SIGNATURE | OFFICE | PAGES | NOTARIZED |
|------|--|-----------|--------|-------|-----------|
| 10-19-16 | GRIEVONCE | MR. M. Melvin | WARDEN | 2 | |
| 11-21-16 | GRIEVANCE | MR. M. Melvin | WARDEN | 2 | |
| | NARRITIVE | MR. Berry Johnson | | 16 | yes |
| 8-17-17 | Affidavit | mr. Berry Johnson | | 1 | yes |

19

| | |
|---|---|
| **From:** | ECF_Returns@ilcd.uscourts.gov |
| **Sent:** | Monday, August 21, 2017 4:13 PM |
| **To:** | ECF_Notices@ilcd.uscourts.gov |
| **Subject:** | [External] Activity in Case 1:17-cv-01379-MMM Johnson v. Tilden et al Notice of Case Opening |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 8/21/2017 at 4:12 PM CDT and filed on 8/21/2017
**Case Name:**      Johnson v. Tilden et al
**Case Number:**    1:17-cv-01379-MMM
**Filer:**
**Document Number:** 2

**Docket Text:**
**NOTICE OF CASE OPENING. Please be advised that your case has been assigned to Judge Michael Mihm. Effective immediately, all documents should be mailed or scanned to the Peoria Division, 100 NE Monroe Street, Peoria, IL 61602. Merit Review Deadline set for 9/11/2017. (Attachments: # (1) Notice Regarding Privacy Issues)(JRK, ilcd)**

**1:17-cv-01379-MMM Notice has been electronically mailed to:**

**1:17-cv-01379-MMM Notice has been delivered by other means to:**

Berry Johnson
B33367
PONTIAC
CORRECTIONAL CENTER
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764



E-FILED
Monday, 21 August, 2017 04:12:08 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### CASE OPENING NOTICE TO PRO SE LITIGANTS

This notice includes important information concerning the initial stages of your lawsuit. The Court has received your complaint. After your filing fee status is determined, the Court will review your complaint to identify claims and defendants and to dismiss any legally insufficient claims. *See* 28 U.S.C. §1915A. The Court will conduct this review within the next 30 to 45 days. The Court will then inform you of the findings in a Merit Review Order. No other action will be taken in your case during this time. Therefore, you do not need to submit any evidence, argument, motions or documents. If you do not receive a Merit Review Order within 60 days of filing your complaint, you may file a motion requesting the status of your case. The Court will not consider a status motion at any time prior to the 60 day deadline.

If you have filed a motion for appointment of counsel, it will not be considered until the Court has identified the claims and Defendants in your complaint. In addition, any motion for appointment of counsel must include evidence of your own efforts to find counsel such as a list of attorneys contacted and copies of letters sent or received. *See Pruitt v. Mote,* 503 F.3d 647, 654-55 (7th Cir. 2007)

Once your motion to proceed *in forma pauperis* is granted and the merit review is complete, the Court will then send a Notice of Lawsuit and Waiver of Service Form to each of your Defendants. This will be the first time the Defendants will be informed of your lawsuit. The Defendants will then have 60 days to file an answer to your complaint. When the Defendants have filed answers, the Court will enter a Scheduling Order containing important information on deadlines, discovery, and procedures.

Pursuant to Local Rule 16.3(B)(3), all requests for file-stamped copies of documents must be accompanied by a stamped, self-addressed envelope and an extra copy of the document to be filed stamped and returned. The Clerk cannot photocopy documents for you unless the copy fee is submitted in advance.

Each plaintiff must notify the court, in writing of any change of address. Failure to notify the court of a change in your address could result in the dismissal of your case.

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778

E-FILED
Monday, 21 August, 2017  04:12:09 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

## NOTICE FOR ALL PARTIES FILING DOCUMENTS
## CONCERNING PRIVACY ISSUES

This court now makes documents available electronically through the Court's Case Management Electronic Case Filing System (CMECF). Documents filed by Pro Se parties will be electronically scanned and uploaded into CMECF. The content of these documents will also be made available on the Court's Internet webpage via PACER (Public Access to Court Electronic Records). Any subscriber to CMECF or PACER will be able to read, download, store, and print the full content of electronically filed documents. The clerk's office will not make electronically available documents that have been sealed or otherwise restricted by court order.

If sensitive information must be included, the following personal identifiers must be partially redacted, whether it is filed traditionally or electronically as follows:

(a) Social Security Numbers - Use only the last four digits.

(b) Minor's Names - Use the minor's initials.

(c) Date of Birth - Use only the year.

(d) Addresses - Use only City and State.

(e) Driver's License Number - Use only the last four digits.

(f) Financial Account Numbers - Identify the name or type of account and the financial institution where maintained, but use only the last four digits of the account number.

Mr. Berry Johnson
B33367, Box 99
Pontiac, Il, 61764

## NARRATIVE

October 15, 2016, Saturday.

1. My Right foot was Terribly Painful.

October 16, 2016, Sunday.

2. After Sunday church Services, In the SPC cell-House, I went to the Shower, on five Gallery, where I Resided.

3. While I was undressing, I Noticed Blood on the 2nd Toe, of my Right foot.

4. By me Being an Insulin dependent diabetic, I knew that, Blood on my Toe, was nefarious.

5. Also, my Right foot was noticeably distended, and excruciatingly Painful.

6. I Shanked, and cleaned, as well as Bandaged

my Bleeding, painful, 2nd sore, (Right foot)

Monday, Oct. 17, 2016

7. At 1530 Hours (3:30pm) I went to the

medical Section, in SPC, to Inject my

Twice daily, Insulin Injection.

8. I gave a written Note, to Nurse Jack

Overgelt, to Please advise Dr. Tilden, M.D.,

Whom is the Penitentiary's Ascending physician,

and also, the medical Director. I needed

to see Dr. Tilden, PostHaste!

Tuesday, Oct. 18, 2016

9. Upon my Arrival, at the Health care unit,

Dr. Tilden, Had me to take off my Right Shoe,

and sore. Dr. Tilden viewed the bleeding

toe, on my right foot, and shook his head

in unbelievable, perplexing, bewilderment.

10. My right foot was aching, I was in

tormenting misery, and I conveyed

my feelings to, Dr. Tilden, M.D.

11. In march, of 2016, I had five toes, on

my left foot amputated. Because of very poor

diabetic foot care, at the Salmi Health Care unit.

Deliberate Indifference!

12. Dr. Tilden, prescribed, Cephalexin, 500mg, and

Ciprofloxacin, 500 mg. I was in agonizing

pain. I cried!

13. I Implored to Dr. Tilden, that I needed to be Examined By. Dr. Todd C. Snoeyink, DPM, whom Saved the amputation of my Left leg, Because of GANGRENE, in March, of 2016.

14. My Right Foot was Exceedingly distended.

15. I was afraid that GANGRENE, would Result In me Having my Right Foot Amputated. I also Conveyed my feelings to Dr. Tilden.

16. I Begged Dr. Tilden, to Please Seen me out on an Emergency Medical Writ, to Be Examined, By, Dr. Todd C. Snoeyink, DPM, Etc. to no Avail.

17. DR. Tilden venomously denied and delayed my very serious medical needs, By not sending me on an emergency medical writ, so that I could have been examined, By the Podiatrist whom saved me from having my left leg Amputated. Deliberate Indifference!

18. Please Reference:

Dr. Todd C. Svaryink, DPM (Podiatrist)
(309) 664-3038
1701 East College Ave., Bloomington, IL 6104

19. I was overwhelmingly fearful, that Gangrene would infect my Right foot, and & I feared that I would have my Right foot, or Right leg Amputated.

20. DR. Andrew Tilden, M.D., Rejected and
Refused my Intense depressive plea.

21. I was dumbfounded and aghast, at Dr. Tilden's
Obliviousness, to my very Serious medical
Needs.

22. Tuesday, Oct. 18, 2016 / Health Care Unit
DR. Tilden ordered for me, to have a Wound
dressing change, every other day.

23. Deliberate Indifference to my Extremely
Serious medical needs, as well as delay In
medical Treatment, is a Constitutional
Violation of my Rights, under the
Eighth Amendment, of Cruel and unusual
Punishment.

24. Additionally, the Aforementioned Bleeding
Sore, was oozing a Fat Smelling Putrid
Liquid.

25. Dressing changes:

| Date | Nurse |
|------|-------|
| Tue., 10/18/16 | |
| Thurs, 10/20/16 | Hansen |
| Sat., 10/22/16 | Brian |
| Mon., 10/24/16 | Hansen |
| Wed., 10/26/16 | Stephanie |
| Fri., 10/28/16 | None |
| Sun., 10/30/16 | Paul - 7pm |

26. Friday, Oct. 28, 2016

Consequently, on Friday, October 28, 2016, I
did not Recieve a Health Care pass, to have a
wound dressing change. However, I apprised
Lieutenant Reggie Brewer, that, for I did not
Recieve a Health care pass, for, Fri. 10/28/16,

For reasons, unbeknownst to me. I did not receive a health care pass; Lieutenant Brown telephoned someone in the health care unit, and I was subsequently informed, that I would be going to the H.C.U, for a dressing change, at 2:00pm.

27. Oct. 28, 2016, 2 PM

Upon my arrival at the H.C.U., nurse Georgia, refused to change my wound dressing.

28. My right foot, was exceedingly painful, and egregiously distended and bleeding insurmountably. Gangrene!

29. Sunday, Oct 30, 2016, 7 PM

I was taken to the HCU, in a wheelchair.

Nurse Pauh, Changed my wound dressing.

30. Monday, October 31, 2016

After 12 Painful and Tormenting days and Nights, I Finally went on a medical visit, to see Dr. Todd C. Snoeyink, DPM, (309) 664-3038 1701 East College Ave., Bloomington, IL 61704

31. DR. Snoeyink, was Puzzled; Befuddled; disgubbed; and upset, that it took 12 days for me, to get into his office.

32. DR. Snoeyink, DPM, made an appointment for me to be examined by DR. Jesse L. Vonk, M.D., whom is a Vascular Specialist.

33. Tuesday, November 1, 2016 DR. Jesse L. Vonk, M.D. Vasc Vascular Spec.

1502 EASTLAND DR. Bloomington, IL

Circulation Test. Right Lower Extremity Test

c/o Eddins / Escort c/o.

Friday, November 4, 2016

Dr. Jesse L. Vauli, M.D., I was given the

Results of my Circulation Test. on my Right Leg.

I had Peripheral Artery disease. (P.A.D.)

34. Monday, November 7, 2016: Dressing change.

35. Tuesday, November 8, 2016: Dressing Change.

36. Wednesday, Nov. 9, 2016: Right foot painful

37. Thurs, Nov. 10, 2016: Right foot Painful

38. Fri., Nov. 11, 2016 No Dressing change

Gangrenous Scench - Right foot.

39. Wednesday November 16, 2016

Wednesday, Nov. 16, 2016    (Femoral Artery)

Angiography - Stent Inserted In my

Right Femur Artery. By. DR. Jesse L. Vonhi, m.d

40. Thursday, Nov. 17, 2016.

Daily Dressing change, I was seen by

DR. Tilden, my Right foot was disbanded.

41. Moreover, the 2nd Toe, on my Right foot, was

Exuding a malodorous, Fetid, Rancid

Stench.. The Stench was undeniably that

of the Malignant Gangrenous Necrosis.

42 Friday, November 18, 2016

Wound dressing change. DR Tilden, Finally

decided, that the aforementioned Toe was

gangrenous, and UNRECOVERABLE, Hopeless,

because of medical negligence, and medical

malpractice.

43. Friday, November 18, 2016

I went on on Emergency Medical Writ,

to Saint Joseph's Hospital, IN Bloomington, IL.

I was admitted, Because of the gangrene, in

my Right foot.

44. Saturday, November 19, 2016

Dr. Brian Lee Hamm, M.D. & DPM.

Amputated the 2nd toe, on my Right foot

45. Sunday, November 20, 2016

After the amputation, on Saturday, I was

discharged on Sunday, Nov. 20, 2016

46. Monday, November 21, 2016

Severe uncontrollable pain, following the.

Amputation, of the 2nd toe, on my Right Foot.

47. Tuesday, Nov. 22 2016

Continued Pain!

48. Dr. Andrew Tilden, m.d., is Blameworthy

for the Amputation of the 2nd toe, on my

Right foot, By Purposefully, And Intentionally

denying as well as delaying the proper medical

treatment of my very serious medical needs.

Dr. Tildens, Intentional delay exasperated

the deteriabation of my toe, what Resulted

Into the toe becoming Gangrenous.

Aug 7, 2017

MB. Berry Johnson

# Gangrene

1. Mortification of a part of the body caused by interference with the local nutrition.

2. Mortification = Gangrene Necrosis Esp mortification of bodily tissue N from a loss of blood supply - burning Ect.

3. Malignant = Tending or threating to produce death.

4. Virulent = Characterized by rapid course and malignity - of disease, infection, Ect.

5. Malpractice / Malpractitioner
   Treatment of a case by surgeon or physician in a matter contrary to accepted rules and

and with Injurious Results to the patient.

Negligence = Failure to Exercise the care that the circumstances Justly demand.

6. Necrosis - Death of Tissue, as from Loss of Blood Supply, Burning, Ect.

Berry Johnson

Aug 7, 2017

MARK G. SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

# UNITED STATES DISTRICT COURT

Central      District of      Illinois

Berry Johnson

Plaintiff

V.

Dr. Andrew Tilden et al.

Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, __Berry Johnson__

☒ petitioner/plaintiff/movant      ☐ other      declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the <u>complaint</u>/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes      ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Pontiac Correctional Center__

    Are you employed at the institution? __No__ Do you receive any payment from the institution? __Yes__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes      ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends    ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments    ☐ Yes    ☒ No
    e. Gifts or inheritances    ☐ Yes    ☒ No
    f. Any other sources    ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____ N/A _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_____ 8/7/17 _____          _____ MR Perry Johnson _____
Date                                           Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

Barry Johnson )
)
**Plaintiff** )
)
)
vs. )  Case No. _____
)  *(The case number will be assigned by the clerk)*
Andrew Tilden )
)
Mary Brennan )
_____ )
_____ )
_____ )
_____ )
_____ )
)
**Defendant(s)** )
)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# CERTIFICATE

(To be completed for prisoners only. This is a statement by the prison and not the prisoner)

I hereby certify that the plaintiff/petitioner in this action has the sum of $_____ in his trust fund account at this correctional center where he is confined. I further certify that the plaintiff/petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_____
Authorized Officer

Pontiac Correctional Center

_____
Title

_____
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S/PETITIONER'S TRUST FUND ACCOUNT.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Berry Johnson

Prison Identification Number: B 33367

Current address: Pontiac CC, 700 Lincoln street,

P.O. Box 99, Pontiac, Illinois 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Andrew Tilden

Current Job Title: MD and Medical ~~Director~~ Director

Current Work Address Pontiac CC, 700 Lincoln street,

P.O. Box 99, Pontiac, Illinois 61764

Defendant #2:

Full Name: Mary Grennan

Current Job Title: Health Care Unit Administrator

Current Work Address Stateville CC - exact address

is unknown to me

Defendant #3:

Full Name: _____

Current Job Title: _____

2

Current Work Address _____

_____

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?    Yes ☐    No ☒

If yes, please describe _____N/A_____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _N/A_ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number _____N/A_____

2. Basic claim made _____N/A_____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not _____N/A_____

C. Is the grievance process completed? Yes ☒ No ☐

Please see pages attached as 4a-c, "Exhuastion of Administrative Remedies."

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____Pontiac CC, cont. on Page 5_____

4

# Exhaustion of Administrative Remedies

1. On or about April 15th, April 20th, April 30th, May 5th, May 15th and May 18th, 2016, Plaintiff filed a serious of grievances all related to the facts which led to the amputation of half of plaintiff's left foot.

2. The Pontiac Grievance Officer, R. Simpson, responded to all those grievances in one response. (See Exhibit A, Grievance Officer Report, Date of Review July 23, 2016) The Chief Administrative Officer Concurred with the grievance officer's findings on July 27, 2016 and Plaintiff signed indicating that he wish to appeal to the director via the Administrative Review Board ("ARB") on August 8, 2017.

3. On or about August 9, 2017, Plaintiff sent the grievance, a request for payment and a cover letter to the prison's Law Library and requested one copy of the grievance.

4. After about a week to 10 days Plaintiff wrote a letter to Ms. Potts, the Law Library Supervisor, and inquired about the whereabouts of his grievance. Plaintiff received a

4a

response from a ~~[illegible]~~ inmate law clerk, Joe Sherrod, who stated the Law Library his no record of having received your grievance.

5. On or about February 8, 2017, Plaintiff received the grievance, no copy of it and no request for payment form from the Law library.

6. Plaintiff waited until he was able to personally take the grievance to the Law library on February 28, 2017, and get it copied. On that same day Plaintiff sent the grievance with a affidavit explaining the late request for appeal to the ARB. (see Exhibit B, Affidavit of Barry Johnson to ARB, p. 1-4)

7. On or about April 12, 2017, Plaintiff wrote a letter to the ARB and asked them if he had any appeals pending in their office. (see Exhibit C, letter to ARB date April 12, 2017, p. 1-5)

8. As of todays date (August 7, 2017) I have not received any correspondance from the ARB relating to the late Appeal to their office nor have Plaintiff received a response to his request for the status of any appeals.

9. Plaintiff complied with all the rules and regulations pretaining to the Illinois Department of Corrections Exhaustion of Administrative remedies. The 6 months that the grievance officer's report was last in the library was beyond plaintiff control. Plaintiff has now Exhausted the remedies that were available to him under the circumstances.

10. Also, worth mentioning, about two weeks ago inmate Law clerk, Joe Sherrod N13582, told me that he remembered finding my grievance in the clerk's drawer and sending it back to me. Plaintiff ask sherrod to give him a affidavit to that affect. Sherrod refused but stated if he was called to testify that he would tell the truth.

4c

Date(s) of the occurrence  Between January 23 and April 8, 2017.

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I.

Dr. Andrew Tilden acted with deliberate indifference to the infection (gangrene) Plaintiff developed in his left feet, which caused Plaintiff to have half of his foot amputated.

11. I am a 75 year old diabatic. Dr. Tilden has been aware that I am a diabatic for several years because he or someone working under his direct supervisor and in his present has often written the prescriptions for my diabatic medications.

12. On or about January 17, 2016, I mistakenly cut the big toe on my left foot. Over the next several days the bleeding was profuse and would not stop.

13. On or about January 23, 2016, I was seen by Dr. Tilden in the prison's Health Care Unit ("HCU") for severe back pain. At that time I took off my shoe and

5

sock and showed Dr. Tilden the condition
of my toe. I told Dr. Tilden how I cut
it and how it has continued to bleed for
several days.

14. Dr. Tilden Responded by stating
the purpose of Plaintiff's HCU visit was
his back pain. Dr. Tilden gave Plaintiff a
direct order (which under prison rules Plaintiff
is required to follow or face disciplinary action)
to put his sock and shoe back on. Dr. Tilden
refused to hear anything about Plaintiff's
toe and denied Plaintiff any medical treatment
for his toe at that time.

15. On or about January 28, 2016,
Plaintiff was seen by Dr. Tilden a second time
for his back pain. Again Plaintiff pulled off
his shoe and sock and showed Dr. Tilden
the condition of his toe. By this time
Plaintiff's toe had turned black and
had a noticable smell to it. Again Dr. Tilden
told Plaintiff to put back on his sock and
shoe and leave the hospital. Dr. Tilden did
not gave Plaintiff any medical attention
to plaintiff's Toe.

16. In february 2016, Plaintiff

6

was seen by Dr. Tilden a third time for
his back pain. Plaintiff showed Dr. Tilden
his black, bloody foul smelling toe. Dr.
Tilden briefly looked at Plaintiff's toe
and said, "It looks like some infection
may be setting in." Dr. Tilden give Plaintiff
some Bacitracin usp and some bandages.

17. On March 4, 2016, I was
seen by Dr. Tilden in the prison HCU about
the condition of my toe. Dr. Tilden had
Plaintiff sent to Saint Joseph's Hospital
in Bloomington, Illinois. Plaintiff was
admitted into the hospital. The medical
staff at Saint Joseph wanted to give Plaintiff
some emergency medical treatment for the
condition of his toe. Dr. Tilden and Mary
Grennan, as the plaintiff's primary care
providers, refused to authorize the treatment
and order Saint Joseph hospital to release
plaintiff from their custody and return him
to the prison immediately. Plaintiff was
released the next day, March 5, 2016, and
returned to the prison.

18. On March 9, 2016, plaintiff
was seen by Dr. Tilden about his big
toe. When Dr. Tilden removed the
bandage the stench saturated the whole
room. Dr. Tilden immediately had Plaintiff
sent back to St. Joseph Hospital.

7

19. On March 10, 2017, at St. Joseph hospital Plaintiff was given a angiograph to increase the blood flow to his foot.

20. On March 11, 2016, the big toe was amputated. On March 16, 2016, the toe next to the big toe was amputated. On March 28 or 29, the remaining toes were amputated.

21. The amputation of Plaintiff's toes individual and collectively were so painful that he wanted to die. The doctors and nurse at St. Joseph said that if they give Plaintiff anymore pain medication that it would kill him. The amount of pain medication that was given to me was not enough to relieve my pain and suffering. Plaintiff was in so much pain he wanted to die. Plaintiff wanted to die.

22. Plaintiff was hospitalized at St Joseph's for approximately 28 days. Plaintiff was returned to the Pontiac CC on or about April 8, 2017.

## II

Dr. Tilden (on behalf of his employer Wexford Health Sources) and Mary Grennan (on behalf of her employer the Illinois Department of Corrections) maintains a policy of not sending inmates to outside hospitals for serious medical need until their condition because an emergency.

---

23. Plaintiff incorporates paragraphs 1 thru 22 as thou fully setforth herein word for word, sentence by sentence and paragraph by paragraph.

24. Dr. Tilden, as the medical Director of the PCC and Mary Grennan, as the Health Care Unit Administrator of the PCC, maintains a policy of not sending inmates to outside hospitals for serious medical needs until their condition because an emergency.

25. Said policy was the moving force behind Dr. Tilden's refusal to send Plaintiff to an outside hospital until his condition became an emergency.

26. Said policy was the moving force behind Dr. Tilden's and Mary Grennan's

refusal to authorize the medical staff of St. Joseph's hospital to give plaintiff the medical treatment that they wanted to give him on March 4, 2016.

27. Had Dr. Tilden and/or Mary Grennan authorized the medical staff of St. Joseph's hospital to give plaintiff the medical treatment that they wanted to give him on March 4 and 5, 2016 it may have saved all or some of his toes.

## Relief Request

Compensatory Damages in the amount of $100,000.00 each defendant.

Punitive Damages in the amount of $1,000,000.00 from each defendant.

Jury Demand: __No__

Signed this _____ day of August, 2017.

X_____
Berry Johnson
B33367
Pontiac CC
P.O. Box 99
Pontiac, IL 61764

I, Berry Johnson, declare under penalty of perjury that the foregoing is true and correct.

X_____          10

## Exhibit A

Grievance officer's Report date
July 23, 2016, one page

| **Grievance Officer's Report** |
|---|

**Date Received:** June 10, 2016        **Date of Review:** July 23, 2016        **Grievance #** (optional): 064833

**Offender:** Johnson, Barry                                **ID#:** B33367

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Offender grieves medical treatment by facility HCU.

The HCU Administrator's response, dated 7/14/16, the grievance dated 5/18/16 was read and the applicable medical record was reviewed.

I am responding to your grievance as indicated above;

The patient has been monitored closely due to poor compliance with his diabetes. Currently he has dressing changes daily scheduled for 1 month since 7/1/16. Since March 3, 2016 the patient has 24 documented refusals of insulin, 3 documented refusals of dressing changes. The patient was housed in the infirmary from 4/05/16 to 5/13/16 due to L infected toe and then L toe amputation.

2/18/16 - seen by MD for infected toe. Consultation ordered for wound care

3/03/16 - seen for f/u by MD for toe

3/04/16 - sent to St. Joseph's for toe

3/05/16 - seen by RN for return from St. Joe's

3/06/16 - seen MD for furlough f/u toe

3/08/16 - seen RN for dressing change

3/09/16 - seen MD for dressing change and assessment and sent to ER and admitted to the hospital. L big toe amputated.

4/05/16 - returned from St. Joseph's Hospital and admitted to Pontiac CC infirmary until discharge on 5/13/16

5/18/16 - seen MD for f/u L toe amputation

5/24/16 - seen by MD for f/u L toe amputation

Medical concerns are to be directed to the cell house CMT who will evaluate the offender or refer if appropriate. Alternatively, the offender may

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MOOT at this juncture based on the response of facility HCU Administrator to the issue. Any other judgement upon the issue that when returned for cause would have no practical effect upon the existing controversy.

S. Simpson

_____                         _____
Print Grievance Officer's Name                              Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| **Chief Administrative Officer's Response** |
|---|

**Date Received:** 07/27/16        ☒ concur        ☐ I do not concur        ☐ Remand

**Comments:**

_____                                              07/27/16
Chief Administrative Officer's Signature                                    Date

| **Offender's Appeal To The Director** |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

MR. Berry Johnson                        B33361                Aug 8, 2016

_____                         _____        _____
Offender's Signature                                              ID#                                    Date

# Exhibit B

Affidavit of Berry Johnson to
Administrative Review Board date
February 28, 2017, pages 1-4

STATE OF ILLINOIS )
COUNTY OF LIVINGSTON )  ss

## AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

    ON MONDAY, AUGUST 8, 2016, I MAILED TO the PONTIAC CORRECTIONAL CENTER'S LAW LIBRARY, MY GRIEVANCE # 064833, IN which WAS SIGNED BY C/O Ms. S. Simpson, whom is OUR GRIEVANCE OFFICER.

    ACCORDINGLY, MR. MICHEAL MELVIN, whom is the WARDEN SIGNED HIS NAME TO the AFOREMENTIONED GRIEVANCE ON (July 29, 2016 # 064833)

    Furthermore, I SIGNED the "OFFENDER'S APPEAL TO the DIRECTOR" ON AUGUST 8, 2016.

    MOREOVER, I folded the GRIEVANCE

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant



STATE OF ILLINOIS )
COUNTY OF LIVINGSON ) ss

### AFFIDAVIT

I, Darrin Johnson , do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.
AND ATTACHED A PJ96 MONEY VOUCHER FOR

PAYMENT, (9.10 TEN CENTS) I then put the

GRIEVANCE and the PJ96 MONEY VOUCHER INTO

AN ENVELOPE, AND then I put the GRIEVANA

PJ96, AND ENVELOPE IN my CELL BARS

JOC 852 To BE PICKED UP By the Gallery

CORRECTIONAL OFFICER, ON the 3PM-11PM WRBK

Shift.

The INSTRUCTIONS that I WROTE ON A Sheet of

Paper, WERE AS Follows. Please MAKE ONE COPY

OF my GRIEVANCE # 064833, AND MAIL them

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief. I do declare and affirm that the matter at
hand is not taken either frivolously or maliciously and that I believe the
foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant

STATE OF ILLINOIS )
                   ) ss
COUNTY OF Livingston )

## AFFIDAVIT

I, Brian Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts. Back to me.

After one week had passed, I went to the Law Library and enquired, as to the whereabouts of my grievance. (# 064833) The Law Clerks unequivocally stated, that they did not remember recieving my grievance. (# 064833)

Nevertheless, on Wednesday, Feb. 8, 2017, I recieved the aforementioned grievance, # 064833 in my mail, in the East Cell House Objective Custody unit.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _____ day of _____, 201_.

_____
Affiant

STATE OF ILLINOIS )
COUNTY OF LIVINGSTON ) ss

### AFFIDAVIT

I, Berry Johnson, do hereby declare and affirm that the followint
information within this affidavit is true and correct in substance and in facts.
MOREOVER, I CANNOT EXPLAIN, why MY
GRIEVANCE # 064833, WAS MYSTERIOUSLY
LOST, FOR OVER SIX MONTHS.
I HUMBLY APOLOGIZE TO the DIRECTOR,
AS WELL AS the ADMINISTRATIVE REVIEW
BOARD, FOR SOMETHING, IN WHICH I
did NOT HAVE ANY CONTROL OVER.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under
penalty of perjury that everything contained herein is true and accurate to the
best of my knowledge and belief. I do declare and affirm that the matter at
hand is not taken either frivolously or maliciously and that I believe the
foregoing matter is taken in good faith.

Signed on this 28 day of FEB , 2017.

Berry Johnson
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

# Exhibit C

letter from Berry Johnson to
Administrative Review Board dated
April 12, 2017, p. 1-5

Mr. Berry Johnson
B33367, Box 99
Pontiac, IL 61764
April 12, 2017

To: Administrative Review Board

This letter and affidavit, is being sent

to you, to ascertain, if I have anymore

grievance's, in which have not been

adjudicated, by your office.

Moreover, I have been trying very

earnestly, diligently, and meticulously to

exhaust all of my Administrative Remedies,

so that I may move forward, in the

grievance process.

Please send to me, a comprehensive

listing of my grievances, in which your

OFFICE HRS. THAT HAVE NOT BEEN COMPLETED,

OR RULED ON, AS OF APRIL 18, 2019.

## NARRATIVE

ON WEDNESDAY, MARCH 9, 2016, I WAS ADMITTED

INTO, ST. JOSEPH MEDICAL CENTER, LOCATED IN

BLOOMINGTON, ILLINOIS. I WAS AN EMERGENCY

ADMITTANCE, BECAUSE OF A PHYSICAL AILMENT,

ON, WHICH RESULTED IN ME TO HAVING SEVERAL

LIFE-THREATENING SURGICAL PROCEDURES.

ACCORDINGLY, I WAS HOSPITALIZED AT

ST. JOSPH'S, FROM, MARCH 9, 2016. UNTIL APRIL 8, 2016,

OR

OR 28 DAYS. UPON MY DISCHARGED FROM

ST. JOE'S, I WAS RETURNED TO THE PONTIAC

CORRECTIONAL CENTER, ON APRIL 8, 2016.

I WAS RETURNED TO the PONTIAC INFIRMARY

ON APRIL 8, 2016, AND I STAGED IN the

ENFIRMARY, FROM, APRIL 8, 2016, UNTIL MAY 13, 2016,

THEN I WAS RETURNED TO the SOUTH PROTECTIVE

Custody cellHouse. My TOTAL HOSPITAL

CONFINEMENT, WAS 67 days.

FURTHERMORE, BECAUSE of the MULTIPLE

SURGERIES, THAT I HAD during the MONTH of

MARCH IN 2016, I HAD To TAKE VARIOUS PAIN

MEDICATIONS, To Help REDUCE MY discomfort.

THEREFORE, FROM the MONTH of MARCH, 2016,

UNTIL SEPTEMBER of 2016, the OPIATES IN WHICH I

CONSUMED, SUPPRESSED MY ABILITY TO WRITE

GRIEVANCES, AND TO FOLLOW-UP ON MY SUCCESSIVE

Post-Conviction Petition.

Consequently, the potent opiates, Had me in a continuous slow-motion, and a confused state.

Additionally, during the 67 days, in which I was hospitalized, I did not know where my personal and legal property was stored.

Indubitably, the following is a partial list of my missing items.    248

ET CETERA

Grievances from January 2016, Feb 2016, and March 2016.

| Legal papers | Thermal pants |
| Personal Letter | Thermal shirts |
| Photographs | Running shorts |
| Court Transcripts | Clothes |
| Writting pens | Peanut Butter |

Berry
Johnson                         ET CETERA

STATE OF ILLINOIS )
COUNTY OF Livingston ) ss

MR Berry Johnson
B33367, Box99
PONTIAC, IL 61764

**AFFIDAVIT**

I, Berry Johnson, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

TO: Administrative Review Board, Springfield, IL

This affidavit is being written to support my fair(4) page letter, to the ARB, so that I can exhaust all of my grievance's, so that I can move forward, in the grisvany process.

I made a short list, of my personal and legal lost or stolen property.

Have all of my grievance's been adjudicated by the ARB, as of April 18, 2017?

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 18 day of April, 2017

Affiant  Berry Johnson

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

## NARRATIVE

JANUARY. 2016: ON SUNDAY, JANUARY 17, 2016,

1. I INADVERTENTLY CUT the GIANT TOE, ON MY

    LEFT FOOT.

2. I IMMEDIATELY WASHED the Bleeding TOE, AND

    I then put A BANDAGE OVER the Bleeding Wound.

3. After three days, the WOUND would NOT

    STOP Bleeding.

    1-23-16

4. ON MY SUBSEQUENT Visits TO the HEALTH

    CARE UNIT, PERTAINING TO MY PAINFUL BACK,

    I pulled off my SHOE and Bloody SOCK, TO

    SHOW TO DR. TILDEN, M.D., that MY BIG TOE

    would NOT STOP Bleeding.

5. DR. TILDEN, CONVEYED TO me, that, I WAS AT

    the HEALTH CARE UNIT FOR MY PAINFUL BACK

and not my PROFUSELY bleeding TOE.          B

6. I WAS TOLD BY DR. ANDREW TILDEN, m.D.,
to put my Bloody Sock and Shoe ON, And
LEAVE. He Recognized my GANGRENE!

7. JANUARY, 2016: ON my NEXT visit TO the                1-28
Health Care unit, I AGAIN, pulled off my shoe
and Showed my Bloody Sock and Bloody Big TOE,
                                                    DOCT
c/o Cuhlmann Stated that I was there About
my Back, And not my TOE. I WAS TOLD TO
LEAVE. ( Back's Lumbar Spinal Stenosis)

8. FEBRUARY, 2016: ON my NEXT visit, I again,
Took off my shoe and Bloody Sock. DR. Tilden,
then gave me Some, "BACiTRACiN" USP, As well as
Some Bandages. He did ~~did~~ look at my
Bleeding TOE, But did nothing medically to
Stop the Bleeding.

9. ON ONE PARTICULAR SUNDAY, at the H.C.U,
C/O WICKER and LIEUTENANT Mr. SKEENS, Told
ME TO LEAVE the HEALTH CARE UNIT, BECAUSE
I was there for my BACK, and not my TOE DR'S

10. MARCH 2016: ON FRIDAY, MARCH 4, 2016, I was
TAKEN TO ST. JO SAINT JOSEPH'S HOSPITAL, IN
Bloomington, IL, and admitted ON FRIDAY 3-4-16,
BUT discharged ON SATURDAY MARCH 5, 2016

11. MARCH 9, 2016: WEDNESDAY, I was at the
HEALTH CARE UNIT, FOR A BANDAGE change, ON the
BIG TOE, of my Left Foot.

12. The STENCH FROM the INFECTIOUS, MALIGNANT
GANGRENE, PERMEATED the HEALTH CARE UNIT.
SGT. SGT. TRACEY NADINE, NURSE DUDE, C/O SYNER
AND DR. TILDEN, AND NURSE TRACEY WASPRESENT.

12. DR. Tilden made an Emergency call

Sheridan

Lieutenant Sheridan said, "A At that I

was going on an Emergency medical writ,

and that I could not return to the CellHouse.

13. C/o Joe Lewis and C/o Colwell, Escorted

me, to, OSF Health Care, St. Joseph Medical

Center, 2200 East Washington St., Bloomington,

Il., 61701-4364 - (309) 662-3311

14. The Emergency Room Doctor Acknowledged, that

I was Infected with the Venomous and

Malignant Gangrene Mortification.

I could Die!

15. I was Hospitalized! (Friday, 3-4-16)

16. I was discharged, unexpectedly, on

Saturday, march 5, 2016. Gangrene Prevalent!

17. I WAS RETURNED TO the pontiac CORRECTIONAL, ON Soturday, march 5, 2016. (3pm)

18. ON Sunday, march 6, 2016, I WENT TO the HEALTH care center (am) FOR A WOUND dRESSING Change. DR. ANDREW TILDEN WAS PRESENT, and seen, AS Well As Smelled the gangRENOUS INFECTION.

19. ON tuesday, march 8, 2016, I WAS ESCORTED ON A MEDICAL WRIT, PERTAINING TO the LumBAR SPINAL STENOSIS. (St. James, IN pontiac)

20. ON WEDNESDAY, march 9, 2016, I WAS AT the HEALTH care unit FOR A WOUND dRESSING change, WHEN the Bandage WAS Removed FRom my left Big TOE, the stench "SATURATED" the HEALTH CARE unit. DR. ANDREW TILDEN, M.D, WAS PRESENT.

3

21. DR. Andrew Tildew, M.D., made Some telephone calls, and I was told, that I would Be Returning to Saint Joseph Joseph's Medical Center, In Bloomington, IL. (Dr. Sheridan)

22. Why was I discharged from St. Joe's, on Saturday, March 5, 2016. I Had Gangrene toes!

23. On Thursday, March 10, 2016, an angiography preformed on my left leg, to open an artery, for Better Blood Flow.

24. On Friday, March March 11, 2016, I Had the Bions toe, on my left Foot amputated. Very painful!

25. The pain was Exceeding, Agonizing, and Excruciating. I wanted to die!

26. On Wednesday, March 16, 2016. I Had the toe, Next to the amputated Right toe, amputated.

27. The pain was HUMANELY ~~BEARABLE~~ UNBEARABLE, INSUFFERABLE and INTOLERABLE.

28. I WANTED TO DIE!

29. AFTER the TWO TOE AMPUTATIONS, GANGRENE WAS OVERWHELMINGLY RAMPANT, and WIDESPREAD.

30. I WANTED TO DIE!

31. The VASCULAR SURGEON, WANTED TO AMPUTATE my Left Leg, ABOVE the KNEE.

32. NEVERtheless, DR. TODD C. SNOEYINK, DPM, Said, that He could SAVE my Leg, if, He could AMPUTATE my Last THREE TOES, on my Left Foot.

33. The pain was NEFARIOUS, DELETERIOUS, AS WELL AS EGREGIOUS.

34. I WANTED TO DIE!

4

38. ON MARCH, 28TH OR 29TH, 2016: DR. TODD C. SNODYINK[H],
D.P.M. AMPUTATED the LAST THREE TOES, ON my
LEFT FOOT, IN ORDER TO STAVE OFF, the
AMPUTATION of my LEFT Leg, ABOVE the KNEE.

39. AFTER the SURGICAL ANAESTHESIA Had WORN
OFF, IN the P.M, I BUZZED FOR the NURSE.
I REQUESTED TO HAVE SOME pain medicATION.
The NURSE INJECTED me with OXYCOTIN.

40. FIFTEEN MINUTES LATER, the pain RETURNED.

41. I BUZZED FOR the NURSE AGAIN. She CAME INTO
my HOSPITAL ROOM AND ASKED me whAT I WANTED.
I ExplAINED TO the NURSE, thAT I NEEDED ANOTher
INJECTION of pAIN medicATION. The NURSE
STATED EMPHATICALLY, thAT if I RECIEVED ANY MORE
pAIN medicATION, BEFORE TWO HOURS of my LAST INJECTION,

that I would overdose and die.

42. I begged the Nurse for another injection of pain medication, because the pain was insurmountable, immeasurable, and limitless

43. I wanted to die, because I could not withstand the pain, for another two hours.

44. I prayed, and prayed and cried.

45. Dr. Andrew Tilden, m.D., and his employer, Wexford Health Sources, Inc., 425 Holiday Dr., (412) 937-8590 foster plaza two, Pittsburgh, Pennsylvania 15220, are culpable, blameworthy, and indictable for DELIBERATE INDIFFERENCE, to my very serious medical needs.

46. OSF Health Care, St. Joseph Medical
CENTER, 2200 EAST WASHINGTON St., (309) 662-3311
Bloomington, IL 61701-4364, OR, also Bloomershby.

47 CORRECTIONAL And HEALTH care unit WITNESSES

DR. ANDREW TILDEN, M.D., MEDICAL DIRECTOR

NURSE BRIAN,    NURSE Gensley    C/O Cullmonn

NURSE Lolo    NURSE Kashell    Lt. Allen

NURSE Farmer    MARY ELLEN - HCUA C/O Colon

NURSE Stephanie   msa Schey = DON   C/O Cool

NURSE Jude   NURSE Georgia   C/O Bennett

NURSE Nancy   Lt. Shardon   C/O Richmond

NURSE Amado   Lt. Robinson   Sgt Dixon

NURSE Parell   C/O Cooley   C/O Umbrso

NURSE Williamson   C/O Baptist   C/O Ivy

NURSE Brecy   C/O Newark   C/O Snyder

# GANGRENE

1. MORTIFICATION OF A PART OF the BODY CAUSED BY INTERFERENCE With the LOCAL NUTRITION.

2. MORTIFICATION = GANGRENE NECROSIS ESP MORTIFICATION OF BODILY TISSUE AS FROM A LOSS OF BLOOD SUPPLY — BURNING Ect.

3. MALIGNANT = TENDING OR THREATING TO PRODUCE DEATH.

4. VIRULENS = CHARACTERIZED BY RAPID COURSE AND MALIGANCY — OF DISEASE, INFECTION, Ect.

6

1

5. <u>MALPRACTICE / MALPRACTIONER</u>

TREATMENT OF A CASE BY SURGEON OR

PHYSICIAN IN A MATTER CONTRARY

TO ACCEPTED RULES AND WITH

INJURIOUS RESULTS TO the PATIENT.

<u>NEGLIGENCE</u> = FAILURE TO EXCERCISE

the CARE that the CIRCUMSTANCES

Justly demand.

6. <u>NECROSIS</u> = DEATH OF TISSUE, AS FROM

LOSS OF Blood SUPPLY, BURNING Ect.

Benny Johnson

OFFICIAL SEAL
AMY B. WYKES
Notary Public - State of Illinois
My Commission Expires 11/18/2019

Amy B. Wykes