UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Berry Johnson, ) 1:17-cv-01379 mmm
Plaintiff, )
vs. ) No. 1:17-cv-01380 Jem JSH
Andrew Tilden et al., ) TSH
Defendant(s) ) Consolidation

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Berry Johnson, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

Contacted by mail uptown People's Law Center, Alan Mills atty. Contacted by mail Loevy & Loevy, Susan Loevy atty. Contacted by mail People's Law office, Flint Taylor atty. The foregoing attorneys were written letters by the plaintiff, requesting pro bono legal representation, responsive one pending.

3. In further support of my motion, I declare that (check appropriate answer):

   X  I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   ___ I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

[X] I have attached an original application to proceed in forma pauperis detailing my financial status.

[ ] I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

[ ] I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

_Mr. Benny Johnson B33367_
Movant's Signature

_P.O. Box 99_
Street Address

_Pontiac Illinois 61764_
City/State/Zip Code

Date: _December 28, 2017_