UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Berry Johnson
B33367
Plaintiff
vs
Dr. Andrew Tilden
et al
Defendants

CASE #
1:17-CV-01380

SCANNED at PCC and E-Mailed Sent-TSH
1/8/18 (date) by KK (initials)
4 (# of pages)

## Motion

Motion for Adequate and Sufficient Health Care.

1. Plaintiff has a very serious painful diabetic ulcer on his right giant toe.

2. Plaintiff has gone on three medical writs, and was seen and treated by Dr. Todd C. Snoeyink, D.P.M. on

Nov. 29, 2017, December 8, 2017, and Dec 20, 2017.

3. Dr. Snoeyink wanted to see Plaintiff, during the first week of January, 2018, to decide if the Giant toe needed to be amputated, or not.

4. Plaintiff suffers with unbearable pain.

5. Defendant, Wexford Health Sources, Ink Inc., has refused to send Plaintiff to be seen by Podiatrist.

6. Why are the defendants denying and delaying medical care, for Plaintiff's very serious medical needs?

Mr. Barry Johnson
B33369

CC: United States
District Court

COURT EXHIBIT
CASE# 1:17-CV-01380

## ILLINOIS DEPARTMENT OF CORRECTIONS
## MEDICAL REQUEST
### Pontiac Correctional Center

NAME: Mr. Berry Johnson (Print clearly)  NUMBER: B33367  DATE: Jan. 7, 2018

Cellhouse: E.H.U.  Cell #: 207

I wish to be seen for the following health problem and understand I will be required to sign a $5.00 medical co-payment for requested health services. (*Please mark the ONE that best describes your problem and circle any symptoms which you are experiencing:*)

- ☐ Allergies - itching, watery eyes
- ☐ Back Pain
- ☐ Bowel Problems - can't go, diarrhea, hemorrhoids
- ☐ Cold - stuffy nose, cough, chest congestion
- ☐ Dental Problem - toothache, lost filling, dentures, cavity
- ☐ Earache - ear stopped up, can't hear
- ☐ Eye Doctor - eye pain, injury, need glasses
- ☐ Headache
- ☐ Joint Pain - knee, ankle, elbow
- ☐ Renew medication: _____
- ☐ Skin Problems - rash, pimples, boil
- ☐ Stomach Pain - throwing up, sick to stomach
- ☐ Other: I have a very painful diabetic ulcer on my right groin area.

I need to be seen by a Podiatrist.
Berry Johnson

Submission of this request will result in the scheduling of a routine visit and should not be used for urgent situations which should be directed to the cellhouse CMT or Nurse.
DO NOT WRITE BELOW THIS LINE - FOR HEALTH SERVICES STAFF ONLY

Date Request Received: _____   Date Scheduled: _____

Request Received by: _____
(Print Name and Title)

Request Reviewed by: _____
(Print Name and Title)

Date Seen: _____

Seen by: _____
(Print Name and Title)

PON 0111 (Rev. 9/2016)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: Jan. 8, 2018
Offender (Please Print): Berry Johnson
ID#: B33367

Present Facility: Pontiac Corr. Ctr.
Facility where grievance issue occurred: P.C.C.

**NATURE OF GRIEVANCE:** Painful Diabetic Ulcer Right Big Toe

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___  Date of Report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have a very painful diabetic ulcer on the right toe of my right foot. I need to be seen by a podiatrist forthwith. Case # 1:17-CV-1380 JEM-TSH

Relief Requested: I please would like to be seen by Dr. Todd C. Snoeyink, DPM. Part Hassle!

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Mr. Berry Johnson
ID#: B33367
Date: 1/8/18

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name ___ Counselor's Signature ___ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___ Date ___/___/___