UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## VIDEO WRIT

| Case Name: Johnson v. Tilden et al | Case Number: 17-1380 | Beginning Date: 2/2/2018 Type of Hearing: Motion Hearing | Type of Trial: N/A Length of Trial: days |
|---|---|---|---|

TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Barry Johnson, Pro Se Plaintiff | B33367 | Pontiac CC | February 2, 2018 | 1:30 PM – 2:30 PM |
| Deborah Barnes, AGs Office, Atty for Defendants | N/A | U.S. Courthouse, Springfield | February 2, 2018 | 1:30 PM – 2:30 PM |
| Joe Rupcich, Atty for Defendants | N/A | U.S. Courthouse, Springfield | February 2, 2018 | 1:30 PM – 2:30 PM |
| Judge Sue E. Myerscough | N/A | U.S. Courthouse, Springfield | February 2, 2018 | 1:30 PM – 2:30 PM |
| | | | | |
| | | | | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
WILL BE RESPONSIBLE FOR ESTABLISHING BRIDGED VIDEO CONFERENCE HEARINGS.

Dated: January 9, 2018

*/s/ Kenneth A. Wells*
KENNETH A. WELLS, CLERK
UNITED STATES DISTRICT COURT