# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

BARRY JOHNSON,

    Plaintiff,

v.

DR. ANDREW TILDEN, et al.,

    Defendants.

No. 17-cv-1380

Magistrate Judge Tom Schanzle-Haskins

## APPEARANCE OF COUNSEL

To:     The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WEXFORD HEALTH SOURCES, INC.

Date: January 10, 2018

/s/ Karen L. McNaught
*Attorney's Signature*

Karen L. McNaught / 6200426
*Printed Name and Bar Number*

111 North Sixth Street, 2nd Floor
Springfield, IL 62701
*Address*

kmcnaught@cassiday.com
*E-mail Address*

(217) 572-1714
*Telephone Number*

(217) 572-1613
*Fax Number*

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

None.

and I hereby certify that a true and correct copy of the foregoing Appearance of Counsel was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on January 10, 2018. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE  
Barry Johnson  
IDOC #B33367  
Pontiac Correctional Center  
Inmate Mail/Parcels  
P.O. Box 99  
Pontiac, IL 61764

                                            /s/ Karen L. McNaught

8750281