IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BARRY JOHNSON, #B-33367, | ) |
| Plaintiff, | ) |
| -vs- | ) No.: 17-1380-SEM-TSH |
| ANDREW TILDEN, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Jason R. Adams, Assistant Attorney General, State of Illinois, and hereby enters his appearance on behalf of Defendants, MARY GRENNAN and MICHAEL MELVIN, in the above cause.

Assistant Attorney General, Mary Kaitlyn Clark-Joseph, certifies that she is an attorney in good standing with the State of Illinois and is admitted to practice in the United States District Court, for the Central District of Illinois.

Respectfully submitted,

MARY GRENNAN and MICHAEL MELVIN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

By:  s/Mary Kaitlyn Clark-Joseph
Mary Kaitlyn Clark-Joseph #6323742
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-9014 Phone
(217) 782-8767 Fax
E-Mail: mkclarkjoseph@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BARRY JOHNSON, #B-33367, | ) |
| Plaintiff, | ) |
| -vs- | ) No.: 17-1380-SEM-TSH |
| ANDREW TILDEN, et al., | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused the foregoing, *Notice of Appearance*, to be electronically filed with the Clerk of Court using the CM/ECF system:

NONE

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

Barry Johnson #B-33367
Pontiac Correctional Center
Inmate Mail/ Parcels
PO Box 99
Pontiac, IL 61764

Respectfully submitted,

By: s/Mary Kaitlyn Clark-Joseph
Mary Kaitlyn Clark-Joseph #6323742
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9014 Phone
(217) 782-8767 Fax
E-Mail: mkclarkjoseph@atg.state.il.us