043267/19344/JNR/KLM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON, | |
| Plaintiff, | |
| v. | No. 17 cv 1380 |
| ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC., | Judge Tom Schanzle-Haskins |
| Defendants. | |

### NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant, ANDREW TILDEN, M.D. and WEXFORD HEALTH SOURCES, INC., by and through their attorneys, CASSIDAY SCHADE LLP, have issued Subpoenas upon (1) Jennifer Robison, Pontiac Correctional Center, P.O. Box 99, Pontiac IL 61764; (2) Jennifer Robison, Pontiac Correctional Center, P.O. Box 99, Pontiac IL 61764; and (3) Illinois Department of Corrections, Office of Inmate Issues, Administrative Review Board, P.O. Box 19277, Springfield IL 62794-9277.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Karen L McNaught
Attorneys for ANDREW TILDEN, M.D. and WEXFORD HEALTH SOURCES, INC.

Karen L McNaught
ARDC No. 6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714

(217) 572-1613 (Fax)
kmcnaught@cassiday.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I electronically filed the foregoing Notice of Subpoenas with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Mary Kaitlyn Clark-Joseph
Mkclarkjoseph@atg.State.Il.Us

and I hereby certify that a true and correct copy of the foregoing Notice of Subpoenas was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on January 16, 2018. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Barry Johnson B33367
Pontiac Correctional Center
P.O. Box 99
Pontiac IL 61764

/s/ Karen L McNaught

8754175 KMCNAUGH;MSAMS