AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC.,<br><br>         Defendants. | No. 17 cv 1380<br><br>Judge Tom Schanzle-Haskins |

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANDREW TILDEN, M.D.

Date:  February 2, 2018                /s/ Karen L. McNaught
                                      *Attorney's Signature*

                                      Karen L. McNaught / 6200462
                                      *Printed Name and Bar Number*

                                      111 North Sixth Street, 2nd Floor
                                      Springfield, IL 62701
                                      *Address*

                                      kmcnaught@cassiday.com
                                      *E-mail Address*

                                      (217) 572-1714
                                      *Telephone Number*

                                      (217) 572-1613
                                      *Fax Number*

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON, <br><br>              Plaintiff, <br><br> v. <br><br> ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC., <br><br>              Defendants. | No. 17 cv 1380 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Appearance of Counsel was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on February 2, 2018. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

PRO SE:
Barry Johnson
IDOC #B33367
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac IL 61764

/s/ Karen L. McNaught

8769263 KMCNAUGH;SPRESSLE