043267/19344/JNR/KLM

### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

BARRY JOHNSON,

                Plaintiff,

v.

ANDREW TILDEN, MARY GRENNAN,
MICHAEL MELVIN, WEXFORD HEALTH
SOURCES, INC.,

                Defendants.

No. 17 cv 1380

Judge Sue Myerscough

Magistrate Judge Tom Schanzle-Haskins

### ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

COME NOW the defendants, Andrew Tilden, M.D. and Wexford Health Sources, Inc., by their attorney, CASSIDAY SCHADE LLP, and pursuant to Local Rule 16.3(E)(2) and the Court's Order of November 16, 2017 [Doc. 7] and the amended complaint filed on January 5, 2017 [Doc. 15], hereby submit their answer and affirmative defenses to plaintiff's complaint.  In support thereof, the following statements are made.

1. Defendant, Dr. Andrew Tilden, admits that he has been employed as a physician and Medical Director of Pontiac Correctional Center at all times materially relevant to the complaint.

2. Defendant, Wexford Health Sources, Inc. admits that at all times materially relevant to the complaint, it had a contractual arrangement with the Illinois Department of Corrections to provide healthcare to inmates.

3. Defendants admit that jurisdiction and venue are proper in the Central District of Illinois.

4. Defendants deny that any act or omission on their part constitutes deliberate indifference to a serious medical need.

5.     Defendants deny that plaintiff had a serious medical need as alleged in the amended complaint.

6.     Defendants deny that any response they may or may not have made to any request of the plaintiff constituted deliberate indifference to a serious medical need.

7.     Defendants deny that plaintiff was injured by any act, omission, or delay allegedly caused by defendants.

8.     Defendants deny that plaintiff is entitled to any relief whatsoever.

9.     Defendants deny that plaintiff's claims are meritorious.

**DEFENDANTS DEMAND A TRIAL BY JURY**

## <u>AFFIRMATIVE DEFENSES</u>

1.     At all times relevant herein, defendant, Dr. Andrew Tilden, acted in good faith in the performance of his official duties and without violating plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.[1]

2.     At all times relevant herein, defendants acted in good faith and in conformity with existing precedent.  They are therefore entitled to good faith immunity from damages. *Wyatt v. Cole*, 504 U.S. 158, 169 (1992).

3.     To the extent plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by §1997e(a) of the Prison Litigation Reform Act.

4.     To the extent plaintiff's claims for relief accrued more than two years prior to initiation of this case, they are barred by the applicable statute of limitations.

---

[1]Defendant acknowledges in *Estate of Clark v. Walker*, 865 F.3d 544, 550-51 (7th Cir. 2017), the Seventh Circuit rejected qualified immunity for contractual government employees.  Defendant asserts this defense to preserve it for appeal.

5.     At all times relevant herein, the duties of defendant, Dr. Andrew Tilden, were limited to those that were delegated to him by his employer and that his employer voluntarily undertook pursuant to its contract with the Illinois Department of Corrections.

**DEFENDANTS DEMAND A TRIAL BY JURY AS TO THEIR AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, defendants, Andrew Tilden, M.D. and Wexford Health Sources, Inc., respectfully requests this honorable Court to deny plaintiff any relief in this matter and grant defendants, Andrew Tilden, M.D. and Wexford Health Sources, Inc., judgment as to all matters and any other relief deemed appropriate, including costs of suit.

Respectfully submitted,

ANDREW TILDEN, M.D. and WEXFORD HEALTH SOURCES, INC.,

CASSIDAY SCHADE LLP

By:  /s/ Karen L. McNaught
       Attorneys for Defendants

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 2, 2018, I caused to be electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system to the following:

Mary Kaitlyn Clark-Joseph
mkclarkjoseph@atg.state.il.us

and I hereby certify that I caused to be served a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses in the United States mail from Springfield, Illinois, with proper postage to the following non-CM-ECF participant at the following address on February 2, 2018:

Barry Johnson, B33367
Pontiac Correctional Center
P.O. Box 99
Pontiac IL 61764

/s/ Karen L. McNaught

Karen L. McNaught, #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

8769375 KMCNAUGH;KMCNAUGH