IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BARRY JOHNSON, #B-33367, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.: 17-1380-SEM-TSH |
| ANDREW TILDEN, et al., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF COMPLIANCE

During a status conference on February 2, 2018, the Court directed the undersigned to advise the Court when Plaintiff is released back to the Illinois Department of Corrections following a medical furlough, and whether Plaintiff is still on medication. The undersigned files this Notice of Compliance, stating as follows:

1. On February 5, 2018, the undersigned was notified that Plaintiff had returned to Pontiac Correctional Center from his medical furlough on February 3, 2018. The undersigned was further notified that Plaintiff has been scheduled for his next appointment with a podiatrist on February 7, 2018.

2. On February 6, 2018, the undersigned was notified that Plaintiff is currently receiving twelve medications. Upon review of the Medication Administration Records ("MARs"), it appears that two of these medications are new prescriptions as of Plaintiff's return to IDOC custody on February 3, 2018. The remaining ten were prescribed prior to Plaintiff's recent medical furlough, and continue to be administered to date.

3. The undersigned will file Plaintiff's most recent Medication Administration Records under seal, if so directed by the Court. The MARs list each medication by name, date of

original order, and date of discontinuance.

WHEREFORE, for the above and foregoing reasons, the undersigned respectfully requests this Court find that she has complied with the Court's February 2, 2018, Order.

Respectfully submitted,

s/Mary Kaitlyn Clark-Joseph
Mary Kaitlyn Clark-Joseph #6323742
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9014 Phone
(217) 782-8767 Fax
E-Mail: mkclarkjoseph@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| BARRY JOHNSON, #B-33367, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No.: 17-1380-SEM-TSH |
| | ) |
| ANDREW TILDEN, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, I caused the foregoing *Notice of Compliance* to be electronically filed with the Clerk of Court using the CM/ECF system:

Karen L. McNaught    kmcnaught@cassiday.com

and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

Barry Johnson #B-33367
Pontiac Correctional Center
Inmate Mail/ Parcels
P.O. Box 99
Pontiac, IL 61764

Respectfully submitted,

s/Mary Kaitlyn Clark-Joseph
Mary Kaitlyn Clark-Joseph #6323742
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-9014 Phone
(217) 782-8767 Fax
E-Mail:  mkclarkjoseph@atg.state.il.us