UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VIDEO WRIT

| Case Name: | Case Number: | Beginning Date: | Type of Trial: |
|---|---|---|---|
| Johnson v. Tilden et al | 17-1380 | 3/2/2018 | N/A |
| | | Type of Hearing: | Length of Trial: |
| | | Status Conference | days |

TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois. **PLEASE BRING THE INMATE TO THE VIDEO CONFERENCE ROOM AT LEAST 10 MINUTES PRIOR TO THE START OF THE HEARING.**

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| Barry Johnson, Pro Se Plaintiff | B33367 | Pontiac CC | March 2, 2018 | 3:15 PM – 4:15 PM |
| Mary Kaitlyn Clark-Joseph, AGs Office, Atty for Defendants, Grennan and Melvin | N/A | U.S. Courthouse, Springfield | March 2, 2018 | 3:15 PM – 4:15 PM |
| Karen McNaught, Atty For Defendants, Tilden And Wexford | N/A | U.S. Courthouse, Springfield | March 2, 2018 | 3:15 PM – 4:15 PM |
| Judge Sue E. Myerscough | N/A | U.S. Courthouse, Springfield | March 2, 2018 | 3:15 PM – 4:15 PM |
| | | | | |
| | | | | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS,
WILL BE RESPONSIBLE FOR ESTABLISHING BRIDGED VIDEO CONFERENCE HEARINGS.

Dated: February 7, 2018

s/KENNETH A. WELLS, CLERK
UNITED STATES DISTRICT COURT

Format and wording approved by IDOC Legal Counsel 2/11/98