E-FILED
Wednesday, 07 February, 2018  12:47:01 PM
Clerk, U.S. District Court, ILCD

043267/19344/JNR/KLM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

BARRY JOHNSON,

           Plaintiff,

v.

ANDREW TILDEN, MARY GRENNAN,
MICHAEL MELVIN, WEXFORD HEALTH
SOURCES, INC.,

           Defendants.

Case Number  17 cv 1380

Judge Tom Schanzle-Haskins

## PROPOSED SCHEDULING ORDER

COME NOW the defendants, Michael Melvin and Mary Ellen Grennan, by and through their counsel, LISA MADIGAN, Attorney General of the State of Illinois, and defendants, Andrew Tilden and Wexford Health Sources, by and through their counsel, CASSIDAY SCHADE LLP, and submit their proposed scheduling order.  In support thereof, the following statements are made.

1.    All parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by March 1, 2018.

2.  The deadline for amendment of pleadings is March 15, 2018.

3.  The deadline for joining additional parties is March 15, 2018.

4.  Plaintiff shall disclose experts and provide expert reports by July 15, 2018. Plaintiff shall make any such experts available for deposition by August 15, 2018.

5.  Defendant shall disclose experts and provide expert reports by October 1, 2018.  Defendant shall make any such experts available for deposition by November 1, 2018.

6.     All discovery, including deposition of experts, is to be completed by December 31, 2018.

7.  The deadline for filing case dispositive motions shall be January 15, 2019.

Respectfully submitted,

| | |
|---|---|
| MICHAEL MELVIN and MARY ELLEN GRENNAN, | WEXFORD HEALTH SOURCES, INC, and ANDREW TILDEN, |
| Defendants, | Defendants, |
| LISA MADIGAN, Attorney General of the State of Illinois | CASSIDAY SCHADE LLP |
| By: /s Mary Kaitlyn Clark-Joseph | By:/s Karen L. McNaught |
| Mary Kaitlyn Clark-Joseph Assistant Attorney General | Karen L. McNaught |

Karen L. McNaught
ARDC No. 6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I caused to be electronically filed the foregoing Proposed Scheduling Order using the CM/ECF system to the following:

> Mary Kaitlyn Clark-Joseph
> mkclarkjoseph@atg.state.il.us

and I hereby certify that I caused to be served a true and correct copy of the foregoing Proposed Scheduling Order in the United States mail from Springfield, Illinois, with proper postage to the following non-CM-ECF participant at the following address on February 7, 2018:

> Barry Johnson, B33367
> Pontiac Correctional Center
> P.O. Box 99
> Pontiac IL 61764

> /s/ Karen L. McNaught
> Karen L. McNaught, #6200462
> CASSIDAY SCHADE LLP
> 111 North Sixth Street, 2nd Floor
> Springfield, IL 62701
> (217) 572-1714
> (217) 572-1613 (Fax)
> kmcnaught@cassiday.com

8769375 KMCNAUGH;KMCNAUGH