E-FILED
Wednesday, 14 February, 2018 02:20:39 PM
Clerk, U.S. District Court, ILCD

Mr. Barry Johnson
B33367, Box 99
Pontiac, IL 61764
Feb. 12, 2018

Case # 1:17-CV-01380 JSH - Sem

This letter is being written to the United States District Court, of the Central District of Illinois. Case # 1:17-CV-01380 Sem-JSH.

The Honorable Sue E. Myerscough, Judge.

In the month of January, 2018, I was extremely ill. For approximately 5 to 7 days, everything that I ate, or drank, would not stay on my stomach.

I had chills and then I would be sweating. I was vomiting, also, I had uncontrollable diarrhea. Numerous times I would defecate on myself.

pg 2

Fushermore, I conveyed my illness to Nurse Kogen, Nurse Jodi, Nurse OJ, Nurse Cheryl Honsen, and nurse Or Guyp.

Nurse Honsen prescribed two liters of water, in which was given to me in my vein. I begged to be sent to an outside hospital.

Nevertheless, hours that night, I was pulled from my cell, by Lieutenant Torres, because I was delirious and unresponsive.

I was taken by an ambulance to the hospital. Subsequently, I had to have my Goll Bladder removed.

Respectfully,

B33367

Mr. B. Johnson