United States District Court
Central District of Illinois

| | |
|---|---|
| Barry Johnson<br>B33367<br>Plaintiff<br><br>vs<br><br>Dr. Andrew Tilden, M.D.<br>et al<br>Defendants | Case #<br><br>1:17-CV-01380 SEM-TSH |

## Motion for Appointment of Counsel

1. Plaintiff is very apologetic to the Honorable Judge, Sue E. Myerscough, for missing my, Feb. 2, 2018, video writ. Plaintiff had to undergo emergency gall bladder removal surgery.

2. Plaintiff still suffers with memory loss, blurred vision, continuous headaches, vomiting

2-13-1[illegible]

And diarrhea.

3. On Saturday, February 10, 2018, I had the dressing changed, on the wound, on the giant toe, on my right foot. (Painful)

4. However, as usual, the dressing came off, and the wound started to bleed.

5. Nevertheless, I was not called to the health care unit, on Sunday, 2-11-18, to change my dressing. Why not?

6. Plaintiff is overwhelmed, by the serious legal complexity of this case.

7. Plaintiff prays, that the Honorable Court, would please appoint legal counsel, to represent Plaintiff.

2/13/18

Respectfully,

B33367 Mr. B. Johnson