043267/19344/JNR/KLM

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON, | |
| Plaintiff, | |
| v. | No. 17 cv 1380 |
| ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC., | Judge Tom Schanzle-Haskins |
| Defendants. | |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:   See Attached Service List

The undersigned, under penalties as provided by law states that on March 1, 2018, the following discovery document was served by mailing a copy to each person to whom directed:

**Rule 26 Initial Disclosures of Defendants Tilden and Wexford**

/s/ Karen L. McNaught

Karen L. McNaught
6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
kmcnaught@cassiday.com

## SERVICE LIST

PRO SE:
Barry Johnson
IDOC #B33367
Pontiac Correctional Center
P.O. Box 99
Pontiac IL 61764

Mary-Kaitlyn Clark-Joseph
Assistant Attorney General
500 S. Second Street
Springfield, IL 62701

8792412 KMCNAUGH;SPRESSLE