# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

## VIDEO WRIT

| Case Name: Johnson v. Tilden et al | Case Number: 17-1380 | Beginning Date: 4/6/2018  Type of Hearing: Status Conference | Type of Trial: N/A  Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the **HONORABLE SUE E. MYERSCOUGH, UNITED STATES DISTRICT JUDGE, sitting at Springfield, Illinois. PLEASE BRING THE INMATE TO THE VIDEO CONFERENCE ROOM AT LEAST 10 MINUTES PRIOR TO THE START OF THE HEARING.**

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | TIME OF HEARING |
|---|---|---|---|---|
| **Barry Johnson, Pro Se Plaintiff** | B33367 | Pontiac CC | April 6, 2018 | 1:30 PM – 2:30 PM |
| **Mary Kaitlyn Clark-Joseph, AGs Office, Atty for Defendants, Grennan and Melvin** | N/A | U.S. Courthouse, Springfield | April 6, 2018 | 1:30 PM – 2:30 PM |
| **Karen McNaught, Atty For Defendants, Tilden And Wexford** | N/A | U.S. Courthouse, Springfield | April 6, 2018 | 1:30 PM – 2:30 PM |
| **Judge Sue E. Myerscough** | N/A | U.S. Courthouse, Springfield | April 6, 2018 | 1:30 PM – 2:30 PM |
| | | | | |
| | | | | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, WILL BE RESPONSIBLE FOR ESTABLISHING BRIDGED VIDEO CONFERENCE HEARINGS.**

**Dated:  March 5, 2018**

                                        s/KENNETH A. WELLS, CLERK
                                        **UNITED STATES DISTRICT COURT**

Format and wording approved by IDOC Legal Counsel 2/11/98