

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

**KENNETH A. WELLS**
CLERK OF COURT

**TEL: 217.492.4020**
**FAX: 217.492.4028**

3/7/18

Sarah Grady
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

RE: Barry Johnson v Andrew Tilden Et Al, Case # 17-1380

Dear Attorney Grady:

You have been recruited to represent an indigent pro se prisoner in the above captioned civil rights case pending in this court.  Please enter your appearance on behalf of the plaintiff at your earliest convenience.  Promptly following the filing of an appearance, counsel shall communicate with the newly-represented party concerning the action.  In addition to a full discussion of the merits of the dispute, counsel shall explore with the party any possibilities of resolving the dispute.

Within thirty (30) days of judgment or dismissal in the case, you may electronically file a motion for reimbursement of out-of pocket-expenses.  A "Request for Reimbursement from the District Court Fund voucher" is attached to the Plan for Recruitment of Counsel for Indigent Parties in Certain Civil Cases (go to www.ilcd.uscourts.gov to the Pro Bono Section on the homepage). The voucher should be electronically filed as "Motion for Reimbursement of Out-of-Pocket Expenses."  There is a cap of $1,000 in expenses for attorneys representing an indigent party and a cap of $500 in expenses for law students representing an indigent party.  Reimbursement of expenses is within the discretion of the judges with a full range of matters to be taken into consideration, including the reasonableness of the expenditure taken in the context of both the nature and validity of the litigation.  If, during your representation of plaintiff, lodging is necessary, please try to obtain a government rate or the lowest rate possible. In addition, no expert witness fees will be approved for reimbursement from the District Court Fund without the Court's prior approval of the retention of that expert.  Therefore, you should not incur any expert witness fees without first seeking the Court's approval.  **Note that attorney's fees are never reimbursable.**

You are authorized to enter into a contingent fee contract with the plaintiff, if you and the plaintiff are agreeable to such a fee arrangement.  If you enter into said fee arrangement, you shall notify the Court immediately and you will no longer be considered recruited counsel and

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 40
Rock Island, IL 61201
309.793.5778

will be ineligible for reimbursement from the District Court Fund for any expenses.

Finally, you should examine the docket sheet for the case on the CM/ECF system to familiarize yourself with events in the case to date. For documents not available on the electronic system, please send the clerk's office a written request for copies. You may request an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States to avoid any burden of paying fees associated with accessing PACER for this case. If you would like to request this exemption, you should file a motion in the case asking the Court to grant a PACER exemption for the purpose of this case only.

If you have any questions, please contact the Pro Bono Coordinator, Denise Koester, at (217) 492-4027 or Denise_Koester@ilcd.uscourts.gov

Very truly yours,

S/Kenneth A. Wells

Kenneth A. Wells
Clerk, U.S. District Court