37,MERIT REVIEW HELD,PRISONER,PROSE,REFER,SERVICE ORDERED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:17-cv-01380-SEM-TSH

| | |
|---|---|
| Johnson v. Tilden et al | Date Filed: 08/21/2017 |
| Assigned to: Judge Sue E. Myerscough | Jury Demand: Defendant |
| Referred to: Magistrate Judge Tom Schanzle-Haskins | Nature of Suit: 550 Prisoner: Civil Rights |
| Demand: $4,000,000 | |
| Member case: | Jurisdiction: Federal Question |
|    1:17-cv-01379-MMM | |
| Cause: 42:1983 Prisoner Civil Rights | |

**Plaintiff**

**Barry Johnson**　　　　　　　　　represented by **Sarah C Grady**
B33367　　　　　　　　　　　　　　　　　　　　　　　LOEVY & LOEVY
PONTIAC CORRECTIONAL CENTER　　　　　　　　3rd Floor
Inmate Mail/Parcels　　　　　　　　　　　　　　　311 North Aberdeen St
PO Box 99　　　　　　　　　　　　　　　　　　　　Chicago, IL 60607
Pontiac, IL 61764　　　　　　　　　　　　　　　　312-243-5900
815-842-2816　　　　　　　　　　　　　　　　　　Fax: 312-243-5902
　　　　　　　　　　　　　　　　　　　　　　　　Email: sarah@loevy.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andrew Tilden**　　　　　　　　　represented by **Karen L McNaught**
*MD and Medical Director, Pontiac CC*　　　　　CASSIDAY SCHADE LLP
　　　　　　　　　　　　　　　　　　　　　　　　111 North 6th Street
　　　　　　　　　　　　　　　　　　　　　　　　2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　Springfield, IL 62701
　　　　　　　　　　　　　　　　　　　　　　　　217-572-1714
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 217-572-1613
　　　　　　　　　　　　　　　　　　　　　　　　Email: kmcnaught@cassiday.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Mary Grennan**　　　　　　　　　represented by **Mary Kaitlyn Clark-Joseph**
*Healthcare Unit Administrator, Stateville CC*　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　　　　500 South Second Street
　　　　　　　　　　　　　　　　　　　　　　　　Springfield, IL 62706

217-782-9014
Fax: 217-782-8767
Email: mkclarkjoseph@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Melvin**　　　　　　　　　　　represented by **Mary Kaitlyn Clark-Joseph**
*Chief Administrative Officer and*　　　　　　　　　　　(See above for address)
*Warden, Pontiac CC*　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Wexford Health Care Source Inc**　　　represented by **Karen L McNaught**
*Vendor for Ill Dept of Corr*　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2017 | 1 | COMPLAINT against All Defendants, filed by Barry Johnson. (Attachments: # 1 Part 2, Complaint)(DM, ilcd) (Entered: 08/22/2017) |
| 08/21/2017 | 2 | NOTICE OF CASE OPENING. Please be advised that your case has been assigned to Judge Sue E Myerscough. Effective immediately, all documents should be mailed or scanned to the Springfield Division, 600 E Monroe, Springfield,IL 62701.Merit Review Deadline set for 9/11/2017. (Attachments: # 1 Notice Regarding Privacy Issues) (DM, ilcd) (Entered: 08/22/2017) |
| 08/21/2017 | 3 | PETITION TO PROCEED IN FORMA PAUPERIS, filed by Barry Johnson. (DM, ilcd) (Entered: 08/22/2017) |
| 08/21/2017 | 4 | **+++ PRISONER TRUST FUND LEDGER by Barry Johnson. (DM, ilcd) (Entered: 08/22/2017)** |
| 08/21/2017 | 5 | MOTION to Request Counsel by Plaintiff Barry Johnson. Responses due by 9/5/2017. (DM, ilcd) (Entered: 08/22/2017) |
| 08/22/2017 |  | ORDER granting 3 Petition to Proceed In Forma Pauperis. Pursuant to 28 U.S.C. Section 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $21.13. The agency having custody of Plaintiff is directed to forward the initial partial filing fee from Plaintiff's account to the Clerk of Court. After payment of the initial partial filing fee (or immediately if no funds are available for that payment) the agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. Income includes all deposits from any source. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund |

| | | |
|---|---|---|
| | | Office. Entered by Judge Sue E. Myerscough on 08/22/2017. (DM, ilcd) (Entered: 08/22/2017) |
| 09/20/2017 | | Prisoner Initial Partial Filing Fee received 9/20/2017, in the amount of $21.13; receipt number 14626030292. (JS, ilcd) (Entered: 09/20/2017) |
| 09/22/2017 | | TEXT ORDER: Plaintiff, a 75-year-old diabetic, alleges a lack of adequate medical treatment for an infection in his toes which led to the amputation of his toes. Plaintiff appears to be making the same or related allegations in case 17-cv-1379. By October 6, 2017, Plaintiff is directed to file any objections he has to consolidating case 17-cv-1379 into this case for all purposes. If Plaintiff has no objection, then the cases will be consolidated, and the Court will conduct a merit review on both complaints. Entered by Judge Sue E. Myerscough on 9/22/2017. (GL, ilcd) (Entered: 09/22/2017) |
| 10/31/2017 | | Remark: Consolidation of Cases Order entered this date in Case 17-1379. All future pleadings should be docketed in this case, 17-1380. (JRK, ilcd) (Entered: 10/31/2017) |
| 11/01/2017 | | TEXT ORDER: Plaintiff's other pending case about similar issues, case 17-cv-1379, has been consolidated into this case. By November 30, 2017, Plaintiff is directed to file an amended complaint containing all claims against all Defendants. The amended complaint will completely replace the original complaints filed in both cases. If Plaintiff does not file an amended complaint, then the Court will conduct a merit review on the original complaint filed in this case. Entered by Judge Sue E. Myerscough on 11/1/2017. (GL, ilcd) (Entered: 11/01/2017) |
| 11/03/2017 | | TEXT ORDER: Plaintiff's motion for the Court to seek pro bono counsel for Plaintiff is denied (d/e 5). The Court does not have the authority to order an attorney to accept pro bono appointment on a civil case such as this. Pruitt v. Mote, 503 F.3d 647, 653 (7th Cir. 2007). In determining whether the Court should attempt to find an attorney to voluntarily take the case, the question is "given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" Pruitt, 503 F.3d at 654-55 (7th Cir. 2007). At this early stage, Plaintiff appears competent to proceed pro se. His complaint(s) thoroughly set forth the relevant facts and he should have personal knowledge of his symptoms, his attempts to obtain treatment, and the treatment he has received or not received. Plaintiff may renew his motion on a more developed factual record, setting forth his educational level, any jobs he has had inside or outside of prison, any classes he has taken in prison, and his litigation experience in state and federal court. Entered by Magistrate Judge Tom Schanzle-Haskins on 11/3/2017. (GL, ilcd) (Entered: 11/03/2017) |
| 11/13/2017 | 6 | MOTION for Extension of Time to File Amended Complaint by Plaintiff Barry Johnson. Responses due by 11/27/2017. (GL, ilcd) (Entered: 11/13/2017) |
| 11/16/2017 | 7 | MERIT REVIEW OPINION: Plaintiff's motion for an extension to file an amended complaint is granted. (d/e 6.) Plaintiff's amended complaint is due |

|  |  |  |
|---|---|---|
|  |  | January 5, 2018. Defendants' Answer shall be to the amended complaint. The clerk is directed to enter the standard order granting Plaintiff's in forma pauperis petition and assessing an initial partial filing fee, if not already done, and to attempt service on Defendants pursuant to the standard procedures. The Clerk is directed to enter the standard qualified protective order pursuant to the Health Insurance Portability and Accountability Act. (Rule 16 Deadline 1/16/2018.)(SEE WRITTEN MERIT REVIEW OPINION.) Entered by Judge Sue E. Myerscough on 11/16/2017. (GL, ilcd) (Entered: 11/16/2017) |
| 11/16/2017 |  | Set/Reset Deadlines/Hearings: Amended Pleadings due by 1/5/2018. (GL, ilcd) (Entered: 11/16/2017) |
| 11/16/2017 | 8 | HIPAA QUALIFIED PROTECTIVE ORDER (SEE WRITTEN ORDER.) Entered by Judge Sue E. Myerscough on 11/16/2017. (GL, ilcd) (Entered: 11/16/2017) |
| 11/28/2017 | 9 | MOTION for Medical Assistance by Plaintiff Barry Johnson. Responses due by 12/12/2017. (GL, ilcd) (Entered: 11/28/2017) |
| 11/29/2017 |  | TEXT ORDER: Plaintiff, a diabetic, has filed a motion seeking emergency treatment for an open wound or wounds on the toe or toes of his right foot. The Court has received information that Plaintiff has an appointment with a podiatrist shortly. A hearing on the motion will not be set at this time. Defendants are directed to respond to the motion after Defendants have been served and they have filed their Answers. The clerk is directed to send waivers of service to Defendants using Plaintiff's original complaint. Entered by Judge Sue E. Myerscough on 11/29/2017. (GL, ilcd) (Entered: 11/29/2017) |
| 11/30/2017 | 10 | REQUESTS FOR WAIVER OF SERVICE and Notice of Lawsuit sent via e-mail with service packet to Jennifer Robison at Pontiac CC for Andrew Tilden and Michael Melvin on 11/30/2017. (Attachments: # 1 Waiver Melvin)(GL, ilcd) (Main Document 10 replaced on 11/30/2017) (GL, ilcd). (Attachment 1 replaced on 11/30/2017) (GL, ilcd). (Entered: 11/30/2017) |
| 11/30/2017 |  | Notice of Docket Text or Event Modification re 10 Requests for Waiver of Service and Notice of Lawsuit. Waivers replaced with corrected case number on them. Regenerated to parties. (GL, ilcd) (Entered: 11/30/2017) |
| 11/30/2017 | 11 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent via USPS with service packet for Mary Grennan to address on Defendant's List on 11/30/2017. (GL, ilcd) (Entered: 11/30/2017) |
| 11/30/2017 | 12 | REQUEST FOR WAIVER OF SERVICE and Notice of Lawsuit sent via e-mail with service packet for Wexford Health Care Source Inc. to Jennifer Richter and Joe Ebbitt at Wexford on 11/30/2017. (GL, ilcd) (Entered: 11/30/2017) |
| 12/01/2017 | 13 | WAIVER OF SERVICE Returned Executed. Wexford Health Care Source Inc waiver sent on 11/30/2017, answer due 1/29/2018. (GL, ilcd) (Entered: |

| | | |
|---|---|---|
| | | 12/01/2017) |
| 12/11/2017 | 14 | WAIVER OF SERVICE Returned Executed by Michael Melvin, Andrew Tilden. Michael Melvin waiver sent on 11/30/2017, answer due 1/29/2018; Andrew Tilden waiver sent on 11/30/2017, answer due 1/29/2018. (MJC, ilcd) (Entered: 12/13/2017) |
| 01/04/2018 | 15 | MOTION for Leave to File Amended Complaint by Plaintiff Barry Johnson. Responses due by 1/18/2018. (GL, ilcd) (Entered: 01/05/2018) |
| 01/04/2018 | 16 | MOTION to Request Counsel by Plaintiff Barry Johnson. Responses due by 1/18/2018. (GL, ilcd) (Entered: 01/05/2018) |
| 01/08/2018 | 17 | MOTION for Adequate and Sufficient Health Care by Plaintiff Barry Johnson. Responses due by 1/22/2018. (MJC, ilcd) (Entered: 01/08/2018) |
| 01/09/2018 | | TEXT ORDER: A hearing is set for February 2, 2018, at 1:30 p.m. on Plaintiff's motions for adequate treatment regarding an ulcer/infection in his foot, which is allegedly a complication of Plaintiff's diabetes. Plaintiff shall appear by video. Defense counsel shall appear in person. The clerk is directed to issue a video writ for Plaintiff's appearance. Entered by Judge Sue E. Myerscough on 1/9/2018. (GL, ilcd) (Entered: 01/09/2018) |
| 01/09/2018 | 18 | VIDEO WRIT issued for plaintiff's participation in a motion hearing set for 2/2/2018 at 1:30 p.m. Video Writ faxed to Pontiac Correctional Center and Danielle at Concordia. Fax confirmation sheet received for both. (GL, ilcd) (Entered: 01/09/2018) |
| 01/09/2018 | | Remark: Video Writ e-mailed to Deborah Barnes of the AG's office and Joe Rupcich of Cassiday Shade per LC 37. (GL, ilcd) (Entered: 01/09/2018) |
| 01/10/2018 | 19 | NOTICE of Appearance of Attorney by Karen L McNaught on behalf of Wexford Health Care Source Inc (McNaught, Karen) (Entered: 01/10/2018) |
| 01/16/2018 | 20 | NOTICE of Appearance of Attorney by Mary Kaitlyn Clark-Joseph on behalf of Mary Grennan, Michael Melvin (Clark-Joseph, Mary) (Entered: 01/16/2018) |
| 01/16/2018 | 21 | NOTICE *of Subpoena* (McNaught, Karen) (Entered: 01/16/2018) |
| 01/22/2018 | 22 | NOTICE *of Subpoena* (McNaught, Karen) (Entered: 01/22/2018) |
| 02/02/2018 | 23 | NOTICE of Appearance of Attorney by Karen L McNaught on behalf of Andrew Tilden (McNaught, Karen) (Entered: 02/02/2018) |
| 02/02/2018 | 24 | ANSWER to 1 Complaint AND AFFIRMATIVE DEFENSES by Andrew Tilden, Wexford Health Care Source Inc.(McNaught, Karen) (Entered: 02/02/2018) |
| 02/02/2018 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 2/2/2018. Plaintiff not present due to medical furlough. Assistant Attorney General Mary Kaitlyn Clark-Joseph present in person on behalf of Defendants Grennan and Melvin. Attorney |

| | | |
|---|---|---|
| | | Karen McNaught present in person on behalf of Defendants Tilden and Wexford. Update given by Attorney McNaught regarding Plaintiff's medical status. Nurse Practitioner Cheryl Hansen present via video with further medical updates. Attorney General's Office to advise Court when Plaintiff is released back to IDOC and whether Plaintiff is still on medication. Further status set for March 2, 2018 at 3:15 PM before Judge Sue E. Myerscough, Springfield, IL. Exhibit 1 and 2 tendered by Attorney McNaught. Court requested that parties attempt to reach an agreed scheduling order. Hearing adjourned.(Court Reporter KS.) (DM, ilcd) (Entered: 02/02/2018) |
| 02/02/2018 | 25 | **+++ SEALED DOCUMENT.. Exhibits 1 and 2 presented to Court by Defendant Wexford at the Status Hearing held on 2/2/2018. (Attachments: # 1 Exhibit 1 and 2, Part 2, # 2 Exhibit 1 and 2, Part 3) (DM, ilcd) (Entered: 02/05/2018)** |
| 02/06/2018 | 26 | ANSWER to 1 Complaint AND AFFIRMATIVE DEFENSES by Mary Grennan, Michael Melvin.(Clark-Joseph, Mary) (Entered: 02/06/2018) |
| 02/06/2018 | 27 | NOTICE *of Compliance* re Status Conference, Set/Reset Hearings,,,,,, (Clark-Joseph, Mary) (Entered: 02/06/2018) |
| 02/07/2018 | 28 | VIDEO WRIT issued for plaintiff's participation in a status conference set for 3/2/2018 at 3:15 p.m. Video Writ faxed to Pontiac Correctional Center and Danielle at Concordia. Fax confirmation sheet received for both. (GL, ilcd) (Entered: 02/07/2018) |
| 02/07/2018 | 29 | REPORT of Rule 26(f) Planning Meeting by Mary Grennan, Michael Melvin, Andrew Tilden, Wexford Health Care Source Inc. (McNaught, Karen) (Entered: 02/07/2018) |
| 02/14/2018 | 30 | Letter from Plaintiff, Barry Johnson re health issues. (GL, ilcd) (Entered: 02/14/2018) |
| 02/16/2018 | 31 | MOTION to Request Counsel by Plaintiff Barry Johnson. Responses due by 3/2/2018. (GL, ilcd) (Entered: 02/16/2018) |
| 03/01/2018 | 32 | CERTIFICATE of Service/Counsel *for Rule 26 Disclosures* by Karen L McNaught on behalf of Andrew Tilden, Wexford Health Care Source Inc (McNaught, Karen) (Entered: 03/01/2018) |
| 03/02/2018 | | Minute Entry for proceedings held before Judge Sue E. Myerscough: STATUS CONFERENCE held on 3/2/2018. Plaintiff present via video from Pontiac. Assistant Attorney General Mary Kaitlyn Clark-Joseph present in person on behalf of Defendants Grennan and Melvin. Attorney Karen McNaught present in person on behalf of Defendants Tilden and Wexford. Update given by Attorney McNaught regarding Plaintiff's medical status. Plaintiff stated that summary of his medical assessment was correct. Plaintiff's Motion to Request Counsel 31 addressed. Attorney Sarah Grady of Loevy & Loevy wants to meet with Plaintiff regarding possible pro bono appointment. Consent by Plaintiff to said meeting. Order to enter. Further status conference set for April 6, 2018 at 1:30 PM before Judge Sue E. |

| | | |
|---|---|---|
| | | Myerscough, Springfield, IL. Hearing adjourned. (Court Reporter KS.) (DM, ilcd) (Entered: 03/05/2018) |
| 03/05/2018 | | TEXT ORDER: At the 3/2/18 status hearing, Attorney McNaught summarized Plaintiff's current medical care, which appears to be adequately addressing Plaintiff's urgent medical needs. Plaintiff agreed. Therefore, Plaintiff motions for emergent medical attention are denied, with leave to renew. (d/e's 9 , 17 .) Attorney Sarah Grady has expressed a possible interest in accepting pro bono appointment for counsel, but she will first interview Plaintiff. Ms. Grady is requested to inform the Court by March 19, 2018, if she will accept pro bono appointment. Discovery is stayed. The clerk is directed to issue a video writ for Plaintiff's presence at the status conference on April 6, 2018, at 1:30 p.m. The clerk is directed to email this order to Ms. Grady. Entered by Judge Sue E. Myerscough on 3/5/2018. (GL, ilcd) (Entered: 03/05/2018) |
| 03/05/2018 | 33 | VIDEO WRIT issued for plaintiff's participation in a status conference set for 4/6/2018 at 1:30 p.m. Video Writ faxed to Pontiac Correctional Center and Danielle at Concordia. Fax confirmation sheet received for both. (GL, ilcd) (Entered: 03/05/2018) |
| 03/07/2018 | | TEXT ORDER: Attorney Sarah Grady has graciously agreed to accept pro bono appointment. Plaintiff's motions for counsel are granted. (d/e's 16 , 31 .) Attorney Sarah Grady is appointed as Plaintiff's pro bono counsel. Discovery remains stayed until the status conference on April 6, 2018, at 1:30 p.m. Plaintiff's pro se motion to file an amended complaint is denied (d/e 15 ), with leave to renew by Plaintiff's counsel. The clerk is directed to add Ms. Grady to the docket and to notify the Pro Bono Coordinator of this appointment. The clerk is directed to make the necessary arrangements for Ms. Grady to appear by video from her laptop at the status conference, if possible, otherwise Ms. Grady will appear by phone. Entered by Judge Sue E. Myerscough on 3/7/2018. (GL, ilcd) (Entered: 03/07/2018) |