AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC.,<br><br>                          Defendants. | No. 17 cv 1380<br><br>Judge Tom Schanzle-Haskins |

## APPEARANCE OF COUNSEL

To:     The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANDREW TILDEN, M.D. STEPHEN RITZ and WEXFORD HEALTH SOURCES, INC.

Date: August 17, 2018

/s/ Joseph N. Rupcich
*Attorney's Signature*

Joseph N. Rupcich / 6283899
*Printed Name and Bar Number*

111 North Sixth Street, 2nd Floor
Springfield, IL 62701
*Address*

jrupcich@cassiday.com
*E-mail Address*

(217) 572-1714
*Telephone Number*

(217) 572-1613
*Fax Number*

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC., <br><br> Defendants. | No. 17 cv 1380 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Mary Kaitlyn Clark-Joseph
Assistant Attorney General
500 South Second Street
Springfield IL 62701

Adair Crosley
Sarah Grady
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago IL 60607

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

/s/ Joseph N. Rupcich

8920672 JRUPCICH;SPRESSLE