043267/19344/JNR/KLM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>ANDREW TILDEN, STEPHEN RITZ,; MARY<br>GRENNAN, MICHAEL MELVIN,<br><br>　　　　　Defendants. | No. 17 cv 1380<br><br>Judge Tom Schanzle-Haskins |

### CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENT

To:　　See Attached Service List

　　　The undersigned, under penalties as provided by law states that on February 4, 2019, the following discovery document was served by hand delivering a copy to each person on February 5, 2019, in Pontiac, Illinois, to whom directed:

### Third Supplemental Response to Plaintiff's First Request to Produce

　　　　　　　　　　　　　　　　　　/s/ Karen L. McNaught

Karen L. McNaught
ARDC #6200462
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
Attorneys for ANDREW TILDEN, M.D. and WEXFORD HEALTH SOURCES, INC.

043267/19344/JNR/KLM
BARRY JOHNSON v.

## SERVICE LIST

Adair Crosley
Sarah Grady
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago IL 60607

Clayton Ankney
Assistant Attorney General
500 South Second Street
Springfield IL 62701

9059868 KMCNAUGH;MCOVEY