UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON, | ) |
| Plaintiff, | ) Case No. 17 cv 1380 |
| v. | ) |
| ANDREW TILDEN, STEPHEN RITZ, MARY ELLEN GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC., | ) Judge Sue Myerscough ) ) ) Magistrate Judge Tom Schanzle-Haskins |
| Defendants. | ) |

## **MOTION TO WITHDRAW APPEARANCE**

Now comes Barry Johnson, by his attorneys, and moves to withdraw Adair Crosley as counsel, stating as follows:

1. Attorney Adair Crosley will soon conclude her employment at Loevy & Loevy, the law firm that represents Plaintiff in the above-referenced matter.

2. Plaintiff will continue to be represented by Jon Loevy, Julie Goodwin, and Sarah Grady of Loevy & Loevy.

3. No prejudice will ensue to Plaintiff or any other party if Ms. Crosley is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to withdraw Ms. Crosley's appearance as counsel in this matter.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff

Jon Loevy
Julie Goodwin
Sarah Grady
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
sarah@loevy.com

## **CERTIFICATE OF SERVICE**

    I, Sarah Grady, an attorney, hereby certify that I served the foregoing Motion to Withdraw Counsel on all parties of record via the Court's CM / ECF filing system on May 9, 2019.

                                                   /s/ Sarah Grady
                                                   Sarah Grady
                                                   Attorney for Plaintiff