UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| BARRY JOHNSON, | ) |
| Plaintiff, | ) Case No. 17 cv 1380 |
| v. | ) |
| ANDREW TILDEN, MARY GRENNAN, MICHAEL MELVIN, WEXFORD HEALTH SOURCES, INC., | ) Judge Sue Myerscough ) ) Magistrate Judge Tom Schanzle-Haskins |
| Defendants. | ) |

## **MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

Now comes Plaintiff's counsel, LOEVY & LOEVY, and hereby moves to withdraw as counsel for Plaintiff BARRY JOHNSON. In support of this motion, Plaintiff's counsel states as follows:

1. On August 22, 2017, Plaintiff filed this action *pro se* to redress the deprivation of his constitutional rights. *See* Dkt. 1. On March 7, 2018, Loevy & Loevy was appointed to represent Plaintiff, and thereafter filed an Amended Complaint pursuant to 42 U.S.C. § 1983 alleging that Wexford and the individual defendants denied him constitutionally adequate medical care during his incarceration at Pontiac Correctional Center, resulting in the partial amputation of his left foot. *See* Dkts. 34, 42.

2. Plaintiff's attorneys have been diligently pursuing Plaintiff's claims, including facilitating the exchange of written discovery, deposing the individual defendants, engaging an expert medical witness, and defending an expert deposition.

3. Regrettably, irreconcilable differences have arisen between Plaintiff and Plaintiff's counsel over the litigation of Plaintiff's claims.

4. As a result, Plaintiff's counsel can no longer effectively represent Plaintiff.

5. Plaintiff is being served with a copy of this motion.

6. Plaintiff's counsel has also notified Defendants' counsel of this development.

WHEREFORE, Plaintiff's counsel, LOEVY & LOEVY, respectfully requests that this Court grant leave to withdraw as counsel for Plaintiff BARRY JOHNSON.

Respectfully Submitted,

/s/ Julie M. Goodwin
*One of Plaintiff's Attorneys*

Jon Loevy
Julie Goodwin
Sarah Grady
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Julie Goodwin, an attorney, hereby certify that I served the foregoing Motion to Withdraw as Plaintiff's Counsel on all counsel of record through the CM / ECF filing system on July 8, 2019. I further certify that served Plaintiff Barry Johnson with a copy of the foregoing Motion via U.S. Postal Mail on July 8, 2019 to the following address: Barry Johnson, Inmate No. B33367, Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, IL 61021.

/s/ Julie M. Goodwin