**McNaught, Karen L.**

| | |
|---|---|
| **From:** | McNaught, Karen L. |
| **Sent:** | Friday, June 28, 2019 5:56 PM |
| **To:** | 'Sarah Grady' |
| **Cc:** | Julie Goodwin; CAnkney@atg.state.il.us |
| **Subject:** | RE: Barry Johnson Deposition / postponed |

Julie's email does not indicate I was to circulate dates and after you told me Bloomington on June 13, 2019, that you were not in a position to let me know whether you were going to continue to represent plaintiff, there was no reason to nor did I indicate I would circulate dates. Every indication was that you would be "in touch about next possible dates." I have had no communication from your office about circulating dates until this email.

That said, these are my available dates:   July 30; August 1, August 6; August 21, August 23, 2019.

We will most likely need to prepare an amended scheduling order.


**Karen McNaught** | Attorney
Cassiday Schade LLP | Phone: 217.993.5633 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com

CASSIDAY SCHADE
Illinois | Indiana | Missouri | Wisconsin

*This attorney does not consent to electronic service of discovery documents or notices of deposition. Please serve all discovery and notices of deposition by United States mail to the address above.*


**From:** Sarah Grady [mailto:sarah@loevy.com]
**Sent:** Friday, June 28, 2019 5:46 PM
**To:** McNaught, Karen L.
**Cc:** Julie Goodwin; CAnkney@atg.state.il.us
**Subject:** Re: Barry Johnson Deposition / postponed

I had thought that where we left it was that you would circulate some dates. Please let us know the time frame you are thinking about.


Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com


On Fri, Jun 28, 2019 at 12:47 PM McNaught, Karen L. <kmcnaught@cassiday.com> wrote:

In reviewing my emails and other correspondence, I am unable to locate any communications in which you have tendered alternative dates for plaintiff's deposition. If this is an error on my part, please refer me to the date of the correspondence in which you tendered alternative dates.

I asked for dates when I spoke with Julie Goodwin on June 5, 2019, and with Sarah Grady on June 13, 2019. On those dates, I was advised no determination had been made of whether you would continue your representation of plaintiff.

It appears from your additional discovery requests and your presentation of Dr. Barrido that you are continuing to represent plaintiff. As such, I ask that you provide alternative dates for the deposition of your client. If you believe this requires a meet and confer, please let me know.

Thank you.

**Karen McNaught** | Attorney
Cassiday Schade LLP | Phone: 217.993.5633 | Fax: 217.572.1613
111 N. 6th Street, Suite 200, Springfield IL 62701 | www.cassiday.com



Illinois | Indiana | Missouri | Wisconsin

*This attorney does not consent to electronic service of discovery documents or notices of deposition. Please serve all discovery and notices of deposition by United States mail to the address above.*

**From:** Julie Goodwin [mailto:julie@loevy.com]
**Sent:** Wednesday, June 05, 2019 4:15 PM
**To:** CAnkney@atg.state.il.us; McNaught, Karen L.
**Cc:** Sarah Grady
**Subject:** Barry Johnson Deposition / postponed

Counsel,

Regrettably, in light of the recent court filing we have to postpone Mr. Johnson's deposition that is currently scheduled for tomorrow morning. We will be in touch about next possible dates.

Please confirm receipt of this email.

Thank you,
Julie Goodwin


Julie Goodwin

Loevy & Loevy

311 N. Aberdeen, 3rd Floor

Chicago, IL 60607
(312) 243-5900

julie@loevy.com

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. For further information about Cassiday Schade LLP, please see our website at www.cassiday.com or refer to any of our offices. Thank you.

1:17-cv-01380-SEM-TSH   # 99-1   Page 4 of 4